Jesse Hindman, Cal. Bar No. 222935
**HINDMAN APC**
402 W. Broadway, Suite 2700
San Diego, CA 92101
Telephone: (619) 255-4078
Facsimile: (619) 230-1839
Email: jesse@hindmanapc.com

Donald R. Ware, Mass. Bar No. 516260
Email: dware@foleyhoag.com
*pro hac vice* application forthcoming
Barbara A. Fiacco, Mass. Bar No. 633618
Email: bfiacco@foleyhoag.com
*pro hac vice* application forthcoming
Marco J. Quina, Mass. Bar No. 661660
Email: mquina@foleyhoag.com
*pro hac vice* application forthcoming
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and BECTON, DICKINSON AND COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>AFFYMETRIX, INC. and LIFE TECHNOLOGIES CORP.,<br><br>    Defendants. | Case No. 17CV1394 H NLS<br><br>**BECTON, DICKINSON AND COMPANY'S MOTION AND NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   August 14, 2017<br>Time:   10:30am<br>Judge:  Marilyn L. Huff |

1      Plaintiff Becton, Dickinson and Company ("BD") hereby moves this Court, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(a), for a preliminary injunction enjoining Defendants Affymetrix, Inc. ("Affymetrix") and Life Technologies Corp. ("Life Technologies"), their officers, directors, servants, managers, employees, agents, attorneys, successors and assignees, and all persons in active concert or participation with any of them, from further acts of infringement of United States Patent No. 9,085,799 ("the '799 patent").

     The patented inventions were developed at the University of California, Santa Barbara ("UCSB"), and are licensed exclusively to Becton, Dickinson and Company ("BD"). BD practices the inventions claimed in the '799 patent through its sale of BD Horizon Brilliant™ Violet and Ultraviolet reagents, two series of conjugated polymer dyes that represent a breakthrough in the field of flow cytometry due the unprecedented brightness of these dyes. In recent months, Defendants have launched multiple infringing products in an unlawful attempt to exploit UCSB's pioneering technology and reap the rewards the patent system reserves to innovators. Defendants are directly and aggressively competing with the BD Horizon Brilliant™ dyes, and their public statements show that they are planning imminently to launch additional infringing products if not barred by court action. BD will suffer irreparable harm if a preliminary injunction is not granted.

     In support of this Motion, BD submits herewith: (1) Memorandum and Points of Authority in Support of Becton, Dickinson and Company's Motion for Preliminary Injunction; (2) Declaration of Timothy M. Swager, Ph.D. in Support of Becton, Dickinson's Motion for Preliminary Injunction; (3) Declaration of Brian Lilhanand in Support of Becton, Dickinson's Motion for Preliminary Injunction; (4) Declaration of Timothy W. Behrens, M.D. in Support of Becton, Dickinson's Motion for Preliminary Injunction; and (5) Declaration of Alan J. Cox, Ph.D. in Support of Becton, Dickinson's Motion for Preliminary Injunction. In these papers, BD presents ample evidence that (1) BD is likely to succeed on the merits; (2)

absent a preliminary injunction, BD is likely to suffer irreparable harm; (3) the equities favor granting temporary relief to preserve the status quo; and (4) an injunction is in the public interest.  *See Luminara Worldwide, LLC v. Liown Elecs. Co.*, 814 F.3d 1343, 1352 (Fed. Cir. 2016).

For the reasons set forth in the accompanying papers, BD respectfully requests that the Court enjoin Defendants, until further order of this Court, from (1) selling or offering to sell in the United States any products containing the polymer tandem dyes they currently market as "Super Bright 600," "Super Bright 645," "Super Bright 702," or any other polymer tandem dyes that contributorily infringe claims 1 or 3 of the '799 Patent; or (2) taking any other actions with respect to such dyes that induce others to practice claims 1 or 3 of the '799 Patent.  A proposed form of order is attached hereto as Exhibit 1.  Co-plaintiff The Regents consents to the Motion.

BD understands that some of Defendants' customers may already have commenced long term research studies having an approved protocol that specifies the use of one or more of the infringing products.  To avoid undue hardship for researchers already using the "Super Bright 600," "Super Bright 645," and "Super Bright 702" polymer dyes in long-term studies under protocols existing as of July 10, 2017, BD is willing to confer with Defendants' counsel to craft a narrow care-out that would allow Defendants to continue to supply those polymer dyes until completion of the studies, subject to certain conditions.

| | |
|---|---|
| Dated: July 12, 2017 | Respectfully submitted, |
| | By */s/ Jesse Hindman* |
| | Jesse Hindman, |
| | HINDMAN APC |
| | Attorneys for Plaintiff BECTON, DICKINSON AND COMPANY |
| | Email: jesse@hindmanapc.com |