| | |
|---|---|
| Jesse Hindman (SBN 222935)<br>HINDMAN APC<br>402 W. Broadway, Suite 2700<br>San Diego, CA 92101<br>(619) 255-4078 | Douglas E. Lumish (SBN 183863)<br>Jeffrey G. Homrig (SBN 215890)<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 |
| Donald R. Ware<br>Barbara A. Fiacco<br>Marco J. Quina<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 | Roger J. Chin (SBN 184662)<br>roger.chin@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and BECTON, DICKINSON AND COMPANY,<br><br>             Plaintiffs,<br><br>       v.<br><br>AFFYMETRIX, INC. and LIFE TECHNOLOGIES CORPORATION,<br><br>             Defendants. | Case No.  17-CV-1394-H-NLS<br><br>**JOINT MOTION TO CONTINUE THE PRELIMINARY INJUNCTION HEARING** |

The parties jointly move the Court to continue the hearing on Plaintiff's motion for a preliminary injunction (Doc. No. 8), and state as follows.

Plaintiff Becton Dickinson and Company filed a motion for a preliminary injunction, seeking to enjoin Defendants Affymetrix, Inc. and Life Technologies Corporation from allegedly infringing U.S. Patent No. 9,085,799.

B4716163.1

Plaintiff alleges that it will be irreparably harmed by the introduction of new Super Bright polymer tandem dye formats by Defendants.

Defendants deny infringement and believe that an extension is necessary for them to fully respond to Plaintiff's motion.

In order to reach compromise regarding the briefing schedule and hearing date on the motion for preliminary injunction, and without prejudice to either party's positions, the parties have agreed as follows and jointly request the Court to enter the concurrently-submitted proposed order:

1. The hearing on Plaintiff's motion for a preliminary injunction (Doc. No. 8), currently scheduled for August 14, 2017, is vacated. The clerk shall reset the hearing to a date after November 1, 2017 and prior to November 17, 2017.

2. Defendants' opposition brief shall be due on September 27, 2017.

3. Plaintiff's reply brief shall be due on October 25, 2017.

4. Defendants currently offer Super Bright polymer tandem dye products in three formats: Super Bright 600, Super Bright 645, and Super Bright 702. Defendants agree that prior to November 30, 2017, they will not commercially launch in the United States any new Super Bright polymer tandem dye formats, including any Super Bright polymer tandem dye format intended to be excited by an ultraviolet laser. This agreement shall not restrict the marketing and sale of new or existing antibody conjugates for the Super Bright 436, Super Bright 600, Super Bright 645, and Super Bright 702 formats.

5. Nothing in this joint motion or the proposed order may be used to prove or disprove the validity or amount of any disputed claim in this case, entitlement to injunctive relief or damages, or the merits of the pending motion for preliminary injunction.

B4716163.1

| | | |
|---|---|---|
| 1 | Dated: July 21, 2017 | |
| 2 | | |
| 3 | By: _s/ Jesse Hindmand_ | By: _s/ Roger J. Chin_ |
| 4 | Jesse Hindman (SBN 222935)<br>HINDMAN APC | Douglas E. Lumish (SBN 183863)<br>Jeffrey G. Homrig (SBN 215890) |
| 5 | 402 W. Broadway, Suite 2700<br>San Diego, CA 92101 | LATHAM & WATKINS LLP<br>140 Scott Drive |
| 6 | (619) 255-4078 | Menlo Park, CA 94025<br>(650) 328-4600 |
| 7 | Donald R. Ware | |
| 8 | Barbara A. Fiacco | Roger J. Chin (SBN 184662) |
| 9 | Marco J. Quina<br>FOLEY HOAG LLP | roger.chin@lw.com<br>LATHAM & WATKINS LLP |
| 10 | 155 Seaport Boulevard<br>Boston, MA 02210 | 505 Montgomery Street Suite 2000<br>San Francisco, CA 94111 |
| 11 | (617) 832-1000 | (415) 391-0600 |
| 12 | Attorneys for Plaintiff | Attorneys for Defendants |

## **ATTORNEY ATTESTATION**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 21, 2017      LATHAM & WATKINS LLP

By: _s/ Roger J. Chin_
   Roger J. Chin

3

B4716163.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2017, I caused to be electronically filed the following document with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

**JOINT MOTION TO CONTINUE THE PRELIMINARY INJUNCTION HEARING**

The participants listed below in the case are "active" registered CM/ECF users and will be served by the CM/ECF system:

Jesse Hindman
Hindman APC
402 W. Broadway, Suite 2700
San Diego, CA 92101

Participants in the case who are not registered CM/ECF users, as listed below, will be served by e-mail:

Donald R. Ware
*dware@foleyhoag.com*
Barbara A. Fiacco
*bfiacco@foleyhoag.com*
Marco J. Quina
*mquina@foleyhoag.com*
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Dated: July 21, 2017                              *s/ Roger J. Chin*

B4716163.1