Jesse Hindman, Cal. Bar No. 222935
**HINDMAN APC**
402 W. Broadway, Suite 2700
San Diego, CA 92101
Telephone: (619) 255-4078
Facsimile: (619) 230-1839
Email: jesse@hindmanapc.com

Donald R. Ware, Mass. Bar No. 516260
Email: dware@foleyhoag.com
admitted *pro hac vice*
Barbara A. Fiacco, Mass. Bar No. 633618
Email: bfiacco@foleyhoag.com
admitted *pro hac vice*
Marco J. Quina, Mass. Bar No. 661660
Email: mquina@foleyhoag.com
admitted *pro hac vice*
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, BECTON, DICKINSON AND COMPANY, SIRIGEN, INC., AND SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AFFYMETRIX, INC. and LIFE TECHNOLOGIES CORP.,<br><br>Defendants. | Civil Action No. 17CV1394 H NLS<br>**DECLARATION OF TIMOTHY M. SWAGER, PH.D. REGARDING CLAIM CONSTRUCTION OF THE SIRIGEN PATENTS** |

## I. Background and Qualifications

1. I have over 30 years' experience studying electronically active materials and polymers. Since 1988, I have been studying energy migration in electronically active polymers. I am currently appointed as the John D. MacArthur Professor of Chemistry at the Massachusetts Institute of Technology (MIT), and am the Director of MIT's Deshpande Center for Technological Innovation. I also served as the Head of MIT's Department of Chemistry from 2005-2010. I was elected to the National Academy of Sciences in 2008 and to the American Academy of Arts and Sciences in 2006. I am an author of over 400 peer-reviewed publications and have given numerous presentations at scientific meetings. I am also named as an inventor on more than 40 issued patents. A copy of my curriculum vitae is attached as Exhibit 1.

## II. Materials Reviewed

2. In addition to my years of experience as a scientist and consultant, and the materials listed and cited in my previous declarations filed in this case, I have considered the documents cited in the body of this declaration.

## III. Compensation

3. I am being compensated for my work on this case at the rate of $800 per hour. My compensation is in no way dependent on the outcome of this case.

## IV. Prior Testimony

4. In the prior four years, I have not been deposed except in this case.

5. In the prior four years, I have not been called to testify as an expert at trial.

## V. Definition of Person of Ordinary Skill in the Art

6. A person of ordinary skill in the art would possess a Ph.D. in chemistry or related fields and some experience with fluorescence or, alternatively,

- 2 -

a master's degree in chemistry or related fields and industry experience in the field of biological detection systems and/or the use and design of fluorescent dyes.

**VI. Claim Construction**

7.      I have been asked to give an opinion on certain terms in the claims of U.S. Patent No. 8,455,613 (the "'613 patent"), U.S. Patent No. 8,575,303 (the "'303 patent"), U.S. Patent No. 9,139,869 (the "'869 patent"), and U.S. Patent No. 9,547,008 (the "'008 patent) (collectively, the "Sirigen Patents"). Although I believe some of the claim terms listed below do not require construction beyond their plain and ordinary meaning, I provide my opinions below on certain terms identified for construction. I understand that the same claim interpretation must apply both to infringement and validity of the patent.

8.      I understand the guiding legal principles of claim construction as follows. The claims of a patent are intended to point out, in words, what the inventor regards as his invention and to define the boundaries of his rights. A term whose ordinary and customary meaning is unclear may be interpreted through intrinsic evidence, such as the specification and the prosecution history. However, claim terms are given their ordinary and customary meaning as they would be understood by someone skilled in the art at the time of the invention.

9.      I understand that a claim term may be expressly defined in the specification. I also understand that it is improper to import a limitation from the specification into the claims to alter the ordinary meaning of the claim terms. I further understand that patent claims are not limited to the embodiments identified in the specification, and it is improper to limit the scope of the claims to the embodiments expressly disclosed in the specification.

- 3 -

## A. NH₂

10.    The term "$NH_2$" in the context of the claims and other intrinsic evidence refers to an -$NH_2$ group, or an -NH- group that is the product of conjugation of an -$NH_2$ group to another chemical group.

11.    The Sirigen patents relate to polymer dyes that include chemical groups allowing acceptor fluorophores and/or biomolecules to be attached, or "conjugated," to the polymer dye. When an acceptor fluorophore is attached, the polymer dye becomes a polymer tandem dye. When a biomolecule, such as an antibody, is attached, the polymer dye can be used in biological detection methods, such as flow cytometry.

12.    Many different types of chemical groups suitable for attaching fluorophores and/or biomolecules are listed in the claims of the Sirigen patents. For instance, claim 1 of the '008 patent recites: "the polymer comprises at least 1 functional group selected from *amine*, carbamate, carboxylic acid, carboxylate, maleimide, activated esters, N-hydroxysuccinimidyl, hydrazines, hydrazid[e]s, hydrazones, azide, alkyne, aldehydes, and thiols within $G_1$, $G_2$, $L_1$ or $L_2$, or a conjugated organic dye or biomolecule" (emphasis added). Each of these groups is a suitable chemical attachment point, and they are recognized as such in the claims by being listed as functional groups for the attachment of a conjugated organic dye or biomolecule.

13.    The reason that these chemical groups can function as attachment points is that they are designed to undergo efficient chemical reactions with a specific other chemical group to create a new chemical bond. These reactions change some of the chemical bonds present in the attachment point. As an example, consider the amine, or $NH_2$, attachment point. When this is used to attach

- 4 -

an organic dye or biomolecule, it loses one of its hydrogens and gains another group, which is illustrated below as an alkyl group substituted with =O:[1]

The original nitrogen atom is retained and a person skilled in the art would recognize this compound as the product of an amine conjugation reaction.

14.     Claim 1 of the '613 patent, for example, specifically recites an $-NH_2$ group, also called an amine group, as the attachment point in a *linker* unit (emphases added):

1.     A water soluble conjugated polymer having the structure of Formula:

wherein:

***

*linker* $L_1$ is

and is evenly or randomly distributed along the polymer main chain, wherein each $R'$ is independently a halogen, $C_1$-$C_{12}$ alkyl, or *($C_1$-$C_{12}$alkyl)$NH_2$*; . . . .

---

[1] This is within the '613 Patent's definition of "alkyl", which appears at 38:1-15.

DECLARATION OF TIMOTHY M. SWAGER, PH.D.
REGARDING CLAIM CONSTRUCTION

1    As shown, the claim recites a fluorene-based linker unit that includes an $NH_2$

2    group as a conjugation site.

3       15.    The claims that depend from claim 1 of the '613 patent show that the

4    claim element $-NH_2$ must be interpreted to include a $-NH_2$ that has been conjugated.

5    Claim 4 of the '613 patent recites:

6       4.    The water soluble conjugated polymer of claim 1, ***further comprising***

7       ***a signaling chromophore*** selected from the group consisting of rhodamine,

8       coumarin, xanthenes, cyanine, polymethine, pyrene, dipyrromethene

        borondifluoride, napthalimide, phycobiliprotein, peridinum chlorophyll

9       protein, conjugates thereof, and combinations thereof.

10   (emphasis added).  This claim requires that the polymer comprise a signaling

11   chromophore.  A person of skill in the art would understand that the signaling

12   chromophore would be attached by reaction at one of the attachment points listed in

13   the structures provided in claim 1, such as the $NH_2$ group recited in claim 1.  This

14   confirms that when the claims of the patents recite "$NH_2$", this usage is understood

15   to include either the attachment point pre- or post-conjugation.

16      16.    This is further supported by a review of the specification.  For

17   example, the specification of the '613 patent states that "In some instances, a

18   signaling chromophore is attached to the polymer via the $NH_2$ group."  '613 patent,

19   21:1-2.  Thus, the specification explicitly teaches that the $NH_2$ is used to attach a

20   signaling chromophore.  A person skilled in the art would understand, from this

21   disclosure, that the signaling chromophore would necessarily substitute one of the

22   hydrogens in the $NH_2$ with another molecular fragment, in this case, the signaling

23   chromophore.  That is, after all, the expressed purpose of the $NH_2$ as disclosed in

24   the specification.  Thus, a person skilled in the art would likewise understand

25   "$NH_2$" in the claims to encompass both a conjugated functional group (NH) and an

26   unconjugated functional group ($NH_2$).

27

28

- 6 -

17.     A person of skill in the art would also understand that an $NH_2$ functional group is an example of an amine.  Consistent with the interpretation of "$NH_2$" above, the specification defines "amine" as "an –N(R')R'' group, where R' and R'' are independently selected from ***hydrogen***, ***alkyl***, aryl, and alkylaryl." '613 patent, 39:4-6. (emphasis added).

18.     The specification then goes on to define "alkyl" as "a…hydrocarbon group of 1 to 24 carbon atoms optionally substituted at one or more positions…." '613 patent, 38:1-15.  Thus, "alkyl" includes a carbon conjugated to a nitrogen, in which the carbon has been substituted at one or more of the hydrogen positions.

19.     Thus, the definition of "amine" in the specification includes the structure below, in which the R groups are both ***hydrogens***:

20.     The definition of "amine" also includes the structure below, in which one of the R groups has been substituted with an "***alkyl***."

21.     And, because an alkyl can be a substituted carbon ('613 patent, 38:1-15), an "amine," as expressly defined, includes the following structure in which the hydrogens of the conjugated carbon atom have been substituted (in this case, with an oxygen and an organic dye):

- 7 -

DECLARATION OF TIMOTHY M. SWAGER, PH.D.
REGARDING CLAIM CONSTRUCTION

22.     In sum, a person skilled in the art reading the specification would not limit the term $NH_2$ to an unconjugated functional group because 1) the dependent claims show that $NH_2$ must be defined in a way that does not exclude further conjugation to a signaling chromophore; and 2) the specification and claims make clear that the $NH_2$ group in the linker is intended for further conjugation and encompasses both a conjugated and unconjugated amine functional group.  Rather, the claim term $NH_2$ refers to an $-NH_2$ group, or an $-NH-$ group that is the product of conjugation of an $-NH_2$ group to another chemical moiety.

**B.     Polymer Modifying Unit**

23.     The term "polymer modifying unit" means a unit in the polymer different than the units wherein the ratios are denoted by the letters a, c, and d.

24.     Claim 1 of the '008 patent states in relevant part:

1. A water soluble conjugated polymer having the structure of Formula (Ia):

(Ia)

wherein:

***

MU is *a polymer modifying unit* or band gap modifying unit that is evenly or randomly distributed along the polymer main chain…;

***; and

a, b, c and d define the mol % of each unit within the structure which each can be evenly or randomly repeated and where a is a mol % from 10 to 100%, b is a mol % from 0 to 90%, and each c and d are mol % from 0 to 25%.

- 8 -

(emphasis added).

25. The words used in the phrase "polymer modifying unit" are well-understood by a person or ordinary skill in the art. A "polymer" is a compound composed of repeating chemical subunits. To "modify" something is to change it or alter it in some way. A "unit" is a chemical group that forms part of a polymer. *See* '613 patent, 52:6-7 ("[T]he conjugated polymers can include cationic, anionic, and/or neutral groups in various repeating subunits."). A person of ordinary skill in the art would understand that these words – "polymer," "modifying," and "unit, used together, refer to a unit in a polymer that alters the polymer in some respect, for example its localized charge. Since the claims recite other units in the polymer – denoted by a, c, and d subscripts – it is understood that the polymer modifying unit must be a different unit than the ones expressly recited. Other than that restriction, the term "polymer modifying unit" can refer to any other unit that modifies the polymer.

26. A person of ordinary skill in the art at the time of the invention would have understood that polymers are compounds that can have various properties. For example, the polymers recited in the claims are fluorescent, they have solubilizing functionality attached to certain units, they can be attached to organic dyes, and they also can be attached to biomolecules. There are additional kinds of properties that a polymer also can have, such as charges, variable lengths, or solubilizing functionalities added to different polymer units.

27. The specification confirms this understanding of how polymers can be modified by their constituent subunits. This discussion appears in column 52 of the specification. For instance, a polymer can include anionic or cationic subunits that make the polymer charged, or give it localized charges. *See* '613 patent, 52:6-7 ("[T]he conjugated polymers can include cationic, anionic, and/or neutral groups in

- 9 -

various repeating subunits."). A polymer can include neutral units that would make the polymer longer. *Id.* Or, the polymer can contain units that add additional solubilizing functional groups to the polymer. *Id.* at 52:9-12 ("In some instances, conjugated polymers contain groups such as ethylene glycol oligomers, ethylene glycol polymers, o-ammonium alkoxy salts, and/or w-sulfonate alkoxy salts that impart solubility in aqueous solutions."). Thus, it is clear that the inventors, by reciting the possibility of a "polymer modifying unit," were referring to chemical subunits, other than those expressly recited in other portions of the claim, that can modify a polymer to give it additional properties.

28. It is notable that the first paragraph of column 52 in the specification begins by providing examples of units that can modify a polymer as discussed above and then is followed by two paragraphs discussing units that modify the band gap of the polymer. The claims – which refer to "MU" as being "a polymer modifying unit or band gap modifying unit" – match this ordering in the specification. Thus, a person skilled in the art, reading the claims in light of the specification, would understand that the portions of column 52 I have discussed above are referring to "polymer modifying units."

29. I understand that Defendants argue that the term "polymer modifying unit" indefinite. I understand that a claim is indefinite only if it fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention. I disagree that the term "polymer modifying unit" fails to inform those of skill in the art of the scope of the invention with reasonable certainty. As I explained above, there is nothing unclear about the terms "polymer," "modifying," and "unit" to a person skilled in the art, and combining these terms does not make them any less clear. They simply mean any chemical subunit that can give a polymer additional properties beyond those expressly recited in the claims for the base structure.

- 10 -

## C.    Band Gap Modifying Unit

30.    The term "band gap modifying unit" means a unit in the polymer that modifies the wavelengths at which the polymer absorbs or emits light.

31.    As with the term discussed above, the words used in this term are understandable to those of skill in the art, although these terms (particularly "band gap") will not be understandable to lay witnesses or lay factfinders.  A "modifying unit" is a unit in a polymer that modifies its properties.  A "band gap" is a particular property of a material that refers to the energy gap between the highest occupied molecular orbital and the lowest unoccupied molecular orbital.  The band gap refers to energy differences between the highest energy occupied orbitals and the lowest energy unoccupied orbitals.  It can vary along the polymer backbone.  This energy gap directly affects the wavelength of light that the molecule will absorb and emit.

32.    The specification makes clear that modifying the wavelengths at which the polymer absorbs or emits light is the purpose of a band gap modifying unit.  Again, turning to column 52 of the specification, the specification explains that a conjugated polymer can comprise "low bandgap repeat units of a type and in an amount that contribute an absorption to the polymer in the range of about 450 nm to about 1000 nm."  '613 patent, 52:20-23.  It further explains why a person skilled in the art would modify the band gap to change the wavelengths at which a polymer will absorb or emit light:  "Such absorption characteristics allow the polymer to be excited at wavelengths that produce less background fluorescence in a variety of settings, including analyzing biological samples and imaging and/or detecting molecules.  Shifting the absorbance of the conjugated polymer to a lower energy and longer wavelength thus allows for more sensitive and robust methods."  *Id.* at 26-30.  It explains that "[i]ncorporation of repeat units that decrease the band gap can produce conjugated polymers with such characteristics."  *Id.* at 41-42.

- 11 -

33.     I understand that Defendants propose to construe this term as meaning a unit in the polymer that either increases or decreases the band gap of the polymer. I disagree with this construction, because it is both circular and uninformative to lay witnesses.  The "band gap" is a technical term that will not be easily understandable to lay factfinders.

### D.     Solubility

34.     The term "solubility" means miscible in a solvent with no visible particulates.

35.     The inventors gave this term a specific meaning in the specification of the patents.  In column 54 of the specification, the inventors explain that "Non-ionic side groups capable of imparting solubility in water as used herein refer to side groups which are not charged and *allow the resulting polymer to be soluble in water or aqueous solutions with no visible particulates*."  '613 patent, 54:8-11 (emphasis added).  Reading this definition, a person skilled in the art would understand that the inventors had defined solubility to occur if the polymer, after being mixed in water or another aqueous solution, did not form any visible particulates.  A person skilled in the art would understand that one of the ways to assess solubility of a material is to perform a visual inspection of the substance after mixing it into a solvent to determine if visible particulates remain.

36.     I understand that Defendants propose to construe this term as meaning the ability or tendency of a substance to dissolve in a solvent.  I disagree because Defendants' definition is inconsistent with the definition chosen by the inventors in the specification.

### E.     Where the Specific Signal is at Least 3 Fold Greater Than the Same Antibody Conjugated to Pacific Blue

37.     To the extent the term "where the specific signal is at least 3 fold greater than the same antibody conjugated to Pacific Blue" requires construction, it

- 12 -

1 means a specific signal that is at least 3 fold greater than the signal of the same
2 antibody conjugated to Pacific Blue, with an inherent upper limit in the range of
3 about 20-25 fold.

4     38.    The brightness of a label on an antibody (such as one or more
5 conjugated fluorescent dyes) is determined by three factors: the degree of labeling,
6 the dye's optical absorption extinction coefficient, and the dye's emission quantum
7 yield (efficiency). The degree of labeling refers to the number of dye molecules
8 that can be put on an individual antibody. The optical absorption extinction
9 coefficient is a number that quantifies how well the dye absorbs light at particular
10 wavelengths. The quantum yield is a number that quantifies the efficiency with
11 which the dye emits light once it has absorbed light. These factors permit a
12 measurement that provides an approximate comparison between the brightness that
13 can be achieved by different antibody labeling formats.

14     39.    Pacific Blue was reported in Sun et al., Synthesis of Novel Fluorinated
15 Coumarins: Excellent UV-Light Excitable Fluorescent Dyes, *Bioorg. Med. Chem.*
16 *Letters* 1998, 8, 3107-3110. BD00033081-84. The authors reported that "Two new
17 fluorinated fluorescent dyes, 6,8-difluoro-7-hydroxy-4-methylcoumarin (Marina
18 Blue™) and 3-carboxy-6,8-difluoro-7-hydroxycoumarin (Pacific Blue™), exhibit
19 excellent photophysical properties among a series of novel fluorinated 7-
20 hydroxycoumarins." *Id.* at BD00033081 (identifying Pacific Blue as compound
21 **12**).

22 **Table 1**. Photophysical properties of Coumarins.

| Compd | $R_1$ | $R_2$ | $R_3$ | $R_4$ | $R_5$ | $\varepsilon \times 10^{-3}$ | Abs/Em[a] | p$K_a$ | $\Phi_F$[b] | Bleaching[c] |
|-------|-------|-------|-------|-------|-------|------|---------|------|------|-----------|
| **12** | F | F | H | H | $CO_2H$ | 29.5 | 400/447 | 3.7 | 0.75 | nd |

24 The reported extinction coefficient ($\varepsilon$) of Pacific Blue was 29,500 cm$^{-1}$M$^{-1}$. The
25 quantum yield ($\Phi_F$) of Pacific Blue was 0.75.

- 13 -

40.     The degree of labeling for Pacific Blue can be determined from Invitrogen's Product Information sheet for their Pacific Blue Protein Labeling Kit. BD00033085-88.  Regarding antibody labeling, Invitrogen reports that "optimal labeling is achieved with 4-7 moles of Pacific Blue™ dye per mole of antibody"— an approximate average degree of labeling of 5.5.  BD00033087.[2]

41.     The extinction coefficient and quantum yield for the claimed water-soluble polymers are provided in the specification of the Sirigen patents:

> Despite having a molecular weight in excess of 50,000 g/mole the polymer is soluble in both water and phosphate buffered saline solutions at concentrations easily greater than 10 mg/mL. In many conjugation experiments the polymer provided (and other described herein with similar structure) was concentrated to 50 mg/mL or higher which is remarkable for a neutral conjugated polymer. The moderate molecular weight also provides ***extinction coefficients greater than 2,500,000 M$^{-1}$cm$^{-1}$***. The large extinction coefficient and ***quantum yield of 60%*** (PBS) provide for exceptionally bright fluorescent reporters for use in biological assays including their use in flow cytometry.

'613 patent, at 161:23-162:4 (emphasis added).  The Sirigen patent specification also reports the degree of labeling for the claimed polymers as approximately 2:

> Degree of labeling (indicated as p above) was determined via absorbance at 405 nm and a corrected 280 nm value. The polymer conjugate (CJ04-02) provided in Example 39 (FIG. 22) had an F/P (# of polymers per antibody) of approximately 2.04. This conjugate demonstrated flow performance as determined by stain index measurements which were greater than 3 fold higher than a Pacific Blue control conjugate of the same antibody.

---

[2] The product information sheet also reports that the extinction coefficient of Pacific Blue is 30,000 cm$^{-1}$M$^{-1}$, which is consistent with the number reported in Sun et al.

- 14 -

'613 patent, at 213:25-214:29; *see also, e.g.* '613 patent, at 217:1-218:25.

42.   Putting these figures together, a person of skill in the art would expect that the maximum increase in brightness over Pacific Blue could be approximated as follows:

|  | *Polymer Dye* | *Pacific Blue* | *Increase in Brightness* |
|---|---|---|---|
| Extinction Coefficient ($M^{-1}cm^{-1}$) | 2,500,000 | 30,000 | |
| Quantum Yield | 0.6 | 0.75 | |
| Degree of Labeling | 2 | 5.5 | |
| | 3,000,000 | 123,750 | 24.2 |

43.   I understand that Defendants propose to construe this term as meaning a specific signal that is 3 fold or more greater than the signal of the same antibody conjugated to Pacific Blue, with no upper limit. I disagree because a person of skill in the art, reading the specification, would understand that these polymers would have an upper limit in the amount of signal they could have in comparison to Pacific Blue, as discussed above.

**F.   Chemical Structures**

44.   I understand that Defendants have identified the following chemical structural formulae within the claims as requiring construction:

- 15 -

DECLARATION OF TIMOTHY M. SWAGER, PH.D.
REGARDING CLAIM CONSTRUCTION



45.     As an initial matter, these structures are immediately comprehensible to those of ordinary skill in the art and need no further construction.  To the extent these structures require construction, they should be construed to mean that the chemical groups referred to have the chemical structures shown and have substitutions at the positions indicated by R, R', or $R_{25}$.

46.     These structures use a ubiquitous organic chemistry notation known as a "skeletal formula" or a "line structure," where each vertex represents a carbon, each line represents a carbon-carbon bond, and carbons without four explicitly-drawn bonds are understood to also be bonded to one or more hydrogen atoms.  As an example, the line structure of pyridine, a common organic solvent, is the following:

A chemist understands that this structure can be drawn to explicitly indicate the atoms in the structure.  Such an explicit atomic structure would convey the exact same information:  a molecule of pyridine contains five carbon atoms and one nitrogen atom arranged in a hexagonal ring, with one hydrogen attached to each

- 16 -

carbon atom. However, organic chemists almost never draw out the explicit atomic representation, because it obscures more than it clarifies. The structure showing all the carbons is much more difficult to visualize and understand than line drawings even for a fairly simple structure like pyridine. Those of skill in the art understand the properties of a molecule from the arrangement of its carbon atoms, and its other non-hydrogen atoms, and can fill in the correct number of hydrogen atoms mentally. That is fully conveyed by the line structure drawn above. In the case of pyridine, the most important information—the arrangement of carbon atoms and the presence of the nitrogen atom—would be obscured by explicitly drawing every atom in the structure.

47.     This is further supported, for instance, by the texts that Defendants cite. Those references explain that the reason why chemists draw structures in this format is because "many organic molecules are very complicated [and] we need a simple way to represent their structures." Atkins and Jones, *Chemical Principles The Quest for Insight* 679 (3rd ed. 2005). This allows chemists to draw "potentially very complex molecular structures in a very simple way." *Id.* at F25. Indeed, a person skilled in the art would find "no need to show the C-H bonds explicitly." *Id.* This system "allow [chemists] to more quickly interpret molecular connectivity and compare one molecular formula to another." Solomons and Fryhle, *Organic Chemistry* 43 (10th ed. 2009). *See also* Carey and Giuliano, *Organic Chemistry* 25 (8th ed. 2010) ("The structural language of organic chemistry has been developed so that complex molecules can be described in a clear, yet economical way.").

48.     Another common convention in chemical nomenclature is to use variables to indicate where a molecule has a particular group in a structure. Often, this is indicated with an "R", as illustrated below:

- 17 -

A chemist understands that this structure indicates that the pyridine has a substituent, "R", which will be defined as including particular chemical groups. For example, claim 1 of the '008 patent recites the following structure:

The claim then defines "R" as referring to side groups capable of imparting solubility in water.

49.     Thus, in my opinion, the structures Defendants have pointed out do not require construction.  However, if the structures are construed, they should be construed to refer to the chemical structures shown, having substitutions at the positions indicated by R, R', or $R_{25}$.

50.     I understand that Defendants propose to construe this term as follows: "The chemical structure of this unit does not show hydrogen atoms, but the structure as shown is otherwise substituted only where indicated by R, R', or $R_{25}$." I disagree with this construction.  While I agree with Defendants that the structure does not literally show substituents at other positions, I disagree with their use of affirmatively exclusionary language like "only where."  An organic chemist would understand that other sites in the molecular unit could be substituted.  A person skilled in the art analyzes line drawings such as this by reviewing the substituents, considering the reactive sites or other functional properties that such a molecule might have, and consider the available carbon bonds indicated by valences occupied by an unsubstituted hydrogen as potential sites for substitution.  As Defendants' references explain, "The richness of organic chemistry arises in part from the fact that, although carbon atoms nearly always form four bonds, they can

- 18 -

form chains and rings of almost limitless variety…. A carbon atom can form four single bonds, two double bonds, or any combination that results in four bonds….” Atkins and Jones at F25. Thus, a person skilled in the art does not see an unsubstituted hydrogen as exclusionary, but rather as showing possibility: they are places where the carbon atoms have unused bonds that could be manipulated to add further substituents. While a chemist would understand that a hydrogen is present at those valences, it does not mean that a chemist would conclude that you could never substitute that hydrogen. Thus, I disagree with the additional element Defendants propose adding to the claim with language of affirmative exclusion like “otherwise substituted only where indicated…”

DECLARATION OF TIMOTHY M. SWAGER, PH.D.
REGARDING CLAIM CONSTRUCTION

1 **VII. Concluding Statements**

2     51.    I declare that all statements made herein of my own knowledge are

3 true, and that all statements made on information and belief are believed to be true,

4 and that these statements were made with the knowledge that willful false

5 statements and the like so made are punishable by fine or imprisonment, or both,

6 under Section 1001 of Title 18 of the United States Code.

7     I declare under penalty of perjury under the laws of the United States of

8 America that the foregoing is true and correct.

9     Executed on June _14_, 2018

10

11                             TIMOTHY M. SWAGER, PH.D.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                          - 20 -

28              DECLARATION OF TIMOTHY M. SWAGER, PH.D.
                    REGARDING CLAIM CONSTRUCTION

# EXHIBIT 1

# TIMOTHY M. SWAGER

**PERSONAL:**    Tel: (617) 253-4423, e-mail: tswager@mit.edu

**PROFESSIONAL POSITIONS:**
*Massachusetts Institute of Technology*

| | |
|---|---|
| John D. MacArthur Professor of Chemistry | July 1, 2005-Present |
| Director of the Deshpande Center for Technological Innovation | May 1, 2014-Present |
| Head of The Department of Chemistry | July 1, 2005-June 30, 2010 |
| Associate Director Institute for Soldier Nanotechnologies | June 1, 2002-June 30, 2005 |
| Professor of Chemistry | August 1,1996-July 1, 2005 |

*University of Pennsylvania*

| | |
|---|---|
| Professor of Chemistry | July 1, 1996-July 31, 1996 |
| Assistant Professor of Chemistry | July 1, 1990-June 30, 1996 |

*Massachusetts Institute of Technology*

| | |
|---|---|
| Postdoctoral Fellow, Advisor: Mark S. Wrighton | August 1988-July 1990 |

**EDUCATION:**

| | |
|---|---|
| Ph.D., Chemistry, *California Institute of Technology* | May 1988 |
| Research Advisor: Robert H. Grubbs | |
| B.S., Chemistry, With Highest Honors, *Montana State University* | June 1983 |

**PRINCIPAL RESEARCH INTERESTS:**
Colloid Science, Electronic Materials, Chemical Sensors, Supramolecular Science, Polymer Science, Liquid Crystals, Synthetic Conductors, Molecular Recognition, Molecular Electronics, Photonics,

**AWARDS AND FELLOWSHIPS:**
Pauling Medal 2016, Gustavus John Esselen Award for Chemistry in the Public Interest 2016, Humboldt Senior Research Award 2014, Council for Chemical Research-Diversity Award 2014, Fellow of the American Chemical Society 2013, Award for Creative Invention (ACS) 2013, Royal Society of Chemistry (UK) Centenary Prize 2012, Fellow of the Division of Polymer Chemistry (ACS) 2009, John Scott Award 2008, Elected to the National Academy of Sciences 2008, Honorary Doctorate of Science, Montana State University 2008, Lemelson-MIT Award for Invention and Innovation 2007, Elected to the American Academy of Arts and Sciences 2006, Christopher Columbus Foundation Homeland Security Award 2005, The Carl S. Marvel Creative Polymer Chemistry Award (ACS-Polymer Div) 2005, Clare Hall Visiting Fellow (U. Cambridge, England) 2005, Visiting Professor (Université Bordeaux) 2003, Vladimir Karapetoff Award (MIT) 2000, Cope Scholar Award (ACS) 2000, Union Carbide Innovation Recognition Award 1997-8, Philadelphia Section Award (ACS) 1996, Camille Dreyfus Teacher-Scholar 1995-1997, Alfred P. Sloan Research Fellow 1994-1996, DuPont Young Faculty Award 1993-1996, NSF-Young Investigator 1992-1997, Office of Naval Research Young Investigator 1992-1995, Lawton Chiles Postdoctoral Fellowship in Biotechnology (NIH) 1989, Herbert Newby McCoy Award For Outstanding Graduate Research (California Institute of Technology) 1988, Advanced Technologies Graduate Fellow (Aerojet General, General Motors, TRW) 1988,  IBM Graduate Fellow 1984-1987, Most Outstanding Senior Chemistry Major (American Institute of Chemists) 1983, Merck Index Undergraduate Chemistry Award 1983

**OTHER PROFESSIONAL ACTIVITIES:**
   *Service to the Federal Government:* National Academies Board on Chemical Sciences and Technology 2012-Present (Co-Chair 2012-2015), TSA Blue Ribbon Panel, Project Newton 2009, Naval Studies Board 2009-2014, National Research Council Science & Technology Committee for Countering Terrorism 2002, Member of JIEDDO Standing Committee 2006-2007, Defense Science Board Task Force on Chemical Warfare Defense 2001-2002, National Science Foundation (Organizer: Materials Chemistry Workshop 1996, Review of Materials Chemistry 1997, US-UK Bilateral Workshop 2004-2005, UK-US Conference on Chemical and Biological Sensors and Detectors 2007).  Service on Numerous Other Panels for NIH, NSF, DoD, US Senate Commerce Committee.

*Scientific Advisory Boards*: Scientific Advisory Board (SAB) of the Advanced Research Center Chemical Building Blocks Consortium (Holland) 2016-; Nano-C Inc. Westwood, MA 2006-; ICx Technologies Science & Technology Council, Washington DC 2006-2010; Coatue Corp., Cambridge MA, 2001-2003; Mitsubishi Chemical Company, Tokyo 2002, Nomadics Inc., Stillwater OK and Cambridge MA, 2000-2005; Collegium Pharmaceutical Inc., Hingham, MA, 2001-4, Plextronics Inc. Pittsburgh PA, 2006-2014, E-ink, Cambridge MA, 1999-2002; Polaroid Corp., Cambridge MA, 1999-2002;

*Scientific Founder*: Iptyx Corp. (2003-2009), Cambridge MA (High Performance Polymers, Acquired by ICx Technologies in 2009); DyNuPol Inc., (2009-) Newton MA (Agents for Dynamic Nuclear Polarization Enhancement); PolyJoule, (2011-) Cambridge MA (Energy Storage Devices), $C_2$ Sense LLC, Newton MA (Gas Sensors).

*Editorial Advisory Boards*: Chemistry of Materials 1997-2002; Accounts of Chemical Research 1998-2000, 2002-2014; J. of Polymer Science 1999-; J. Am. Chem. Soc. 2000-2002; Supramolecular Chemistry 2001-2006; Advanced Synthesis & Catalysis 2001-2010; J. Supramolecular Chemistry 2001-2006; Associate Editor of Synfacts, 2005-, Chemistry Letters 2010-, Associate Editor of Macromolecules 2010-, Angewandte Chemie International Advisory Board 2017-

## PUBLICATIONS

1. Cardellina, J. H. and Swager, T. M. "Native American Food and Medicinal Plants. Part 5. Isolation of the Lipid Altering Visnagin From *Musineon divaricatum*," *J. Nat. Prod.* **1984**, 47(6), 1060.
2. Swager, T. M. and Cardellina, J. H. "Native American Food and Medicinal Plants. Part 4. Coumarins From *Musineon divaricatum*," *Phytochemistry* **1985**, 24(4), 805-813.
3. Swager, T. M. and Grubbs, R. H. "Synthesis and Properties of a Novel Cross-Conjugated Conductive Polymer Precursor: Poly(3,4-diisopropylidenecyclobutene)," *J. Am. Chem. Soc.* **1987**, 109, 894-896.
4. Swager, T. M., Dougherty, D. A. and Grubbs, R. H. "Strained Rings as a Source of Unsaturation: Polybenzvalene, a New Polyacetylene Precursor," *J. Am. Chem. Soc.* **1988**, 110, 2973-2974.
5. Swager, T. M. and Grubbs, R. H. "New Morphologies of Polyacetylene From the Precursor Polymer Polybenzvalene," *J. Am. Chem. Soc.* **1989**, 111, 4413-4422.
6. Swager, T. M. and Grubbs, R. H. "The Synthesis of Low Crystallinity Polyacetylene From The Precursor Polymer Polybenzvalene," *Synthetic Metals* **1989**, 28, D57-D62.
7. Kim, S. S., Cebe, P., and Swager, T. M. "Electron Spin Resonance Optical Spectroscopic Studies of The Conducting Polymer Precursor: Poly(3,4-diisopropylidene cyclobutene)," *J. Poly. Sci. B: Poly. Phys. Ed.* **1989**, 27, 443-463.
8. Swager, T. M., Rock, M. M. and Grubbs, R. H. "Polyquinone Bisketals: Precursors to New Conductive Polymers," *New Polymeric Materials* **1990**, 2, 1-10.
9. Serrette, A. G.; Carroll, P. J.; Swager, T. M. "Tuning the Intermolecular Dative Bonds Between Metallomesogens: Formation of a New Kind of Liquid Crystalline Polymer with a Metal-Oxo Linear Chain Structure" *J. Am. Chem. Soc.* **1992**, 114, 1887-8.
10. Lai, C.K.; Serrette, A.; Swager, T. M. "Discotic Bimetallomesogens: Building Blocks for the Formation of New Columnar Arrangements of Transition Metals" *J. Am. Chem. Soc.* **1992,** 114, 7948-7949.
11. Xu, B., Swager, T. M. "Rigid Bowlic Liquid Crystals Based on Tungsten-Oxo Calix[4]arenes: Host-Guest Effects and Head-to-Tail Organization" *J. Am. Chem. Soc.* **1993**, 115, 1159-1160.
12. Zheng, H.; Carroll, P. J.; Swager, T. M. "The Development of Polar Discotic Metallomesogens: Vanadyl 1,3-Diketonate Complexes" *Liquid Crystals*, **1993**, 14, 1421-9.

2

13. Serrette, A. G.; Swager, T. M. "Controlling Intermolecular Associations with Molecular Superstructure: Polar Discotic Linear Chain Phases" *J. Am. Chem. Soc.* **1993**, 115, 8879-8880.

14. Marsella, M. J.; Swager T. M. "Designing Conducting Polymer-Based Sensors: Selective Ionochromic Response in Crown Ether Containing Polythiophenes" *J. Am. Chem. Soc.* **1993**, 115, 12214-5.

15. Zheng, H.; Swager, T. M. "Octahedral Metallomesogens: Liquid Crystallinity in Low Aspect Ratio Materials" *J. Am. Chem. Soc.* **1994**, 116, 761-2.

16. Zheng, H.; Lai, C. K.; Swager, T. M. "Transition Metals in Highly Correlated Discotic Phases: Designing Metallomesogens With Selected Intermolecular Organizations" *Chem. Mater.* **1994**, 6, 101-103.

17. Zhou, Q.; Carroll, P. J.; Swager, T. M. "Diacetylene Macrocycles Derived From 1,2-Diethynylbenzene Derivatives: Structure and Reactivity of the Strained Cyclic Dimer" *J. Org. Chem.* **1994**, 59, 1294-1301.

18. Goldfinger, M. B.; Swager, T. M. "Fused Polycyclic Aromatics via Electrophile-Induced Cyclization Reactions: Application to the Synthesis of Graphite Ribbons" *J. Am. Chem. Soc.* **1994**, 116, 7895-6.

19. Serrette, A. G.; Lai, C. K.; Swager, T. M. "Complementary Shapes in Discotic Liquid Crystals: Structural Control in Homo- and Heteronuclear Bimetallic Assemblies" *Chem. Mater.* **1994**, 6, 2252-2268.

20. Serrette, A. G.; Swager, T. M. "Polar Superstructures Stabilized by Metal-Oxo Polymers: Columnar Liquid Crystals Based on Tapered Molybdenum-Dioxo Complexes" *Angew. Chem., Int. Ed. Engl.* **1994**, 33, 2342-5.

21. Marsella, M. J.; Carroll, P. J.; Swager, T. M. "Conducting Pseudopolyrotaxanes: A Chemoresistive Response Via Molecular Recognition" *J. Am. Chem. Soc.* **1994**, 116, 9347-8.

22. Swager, T. M.; Marsella, M. J. "Molecular Recognition and Chemoresistive Materials" *Adv. Mater.* **1994**, 6, 595-7.

23. Swager, T. M.; Marsella, M. J.; Zhou,Q.; Goldfinger, M. B. "Metal Catalyzed Coupling Reactions in the Synthesis of New Conducting Polymers" *J. Macromol. Sci., Pure and Appl. Chem.* **1994**, A31, 1893-1902.

24. Ofer, D., Swager, T. M., Wrighton, M. S. "Solid State Ordering and Potential Dependence of Conductivity of Poly(2,5-dialkoxy-p-Phenyleneethynylene)" *Chem. Mater.* **1995**, 7, 418-25.

25. Marsella, M. J.; Fu, D.; Swager, T. M. "Synthesis of Regioregular Poly(Methyl Pyridinium Vinylene): An Isoelectronic Analog to Poly(Phenylene Vinylene)" *Adv. Mater.* **1995**, 7, 145-147.

26. Zhu, S.; Swager, T. M. "Lyotropic Mesomorphism in Oxo-Vanadium Complexes" *Adv. Mater.* **1995**, 7, 280-283.

27. Xu, B.; Swager, T. M. "Host-Guest Mesomorphism: Cooperative Stabilization of a Bowlic Columnar Phase" *J. Am. Chem. Soc.* **1995**, 117, 5011-12.

28. Swager, T. M.; Gil, C. J.; Wrighton, M. S. "Fluorescence Studies of Poly(p-phenyleneethynylenes)s: The Effect of Anthracene Substitution" *J. Phys. Chem.* **1995**, 99, 4886-4893.

29. Zhou, Q.; Swager, T. M. "Methodology for Enhancing the Sensitivity of Fluorescent Chemosensors: Energy Migration in Conjugated Polymers" *J. Am. Chem. Soc.* **1995**, 117, 7017-7018.

30. Swager, T. M.; Zheng, H. "Liquid Crystalline Behavior in Octahedral Metal Complexes" *Mol. Cryst. Liq. Cryst.* **1995**, 260, 301-306.

31. Marsella, M. J.; Carroll, P. J.; Swager, T. M. "Design of Chemoresistive Sensory Materials: Polythiophene-Based Pseudopolyrotaxanes" *J. Am. Chem. Soc.* **1995**, 117, 9832-9841.

3

32. Marsella, M. J.; Newland, R. J.; Carroll, P. J.; Swager, T. M. "Ionoresistivity as a Highly Sensitive Sensory Probe: Investigations of Polythiophenes Functionalized with Calix[4]arene-Based Ion Receptors" *J. Am. Chem. Soc.* **1995**, 117, 9842-9848.

33. Zhou, Q.; Swager, T. M. "Probing Delocalization Across Alkyne Containing Linkages: Synthesis and Cyclic Voltammetry of Bridged Phenylene Diamines" *J. Org. Chem.* **1995**, 60, 7096-7100.

34. Swager, T. M.; Xu, B. "Liquid Crystalline Calixarenes" *J. Inclus. Phen.* **1994**, 19, 389-398.

35. Zheng, H.; Lai, C. K.; Swager, T. M. "Controlling Intermolecular Interactions Between Metallomesogens: Sidechain Effects in Discotic Copper, Palladium, and Vanadyl Bis(β-Diketonates)" *Chem. Mater.* **1995**, 7, 2067-2077.

36. Tian, J.; Wu, C-C.; Thompson, M. E.; Sturm, J. C.; Register, R. A.; Marsella, M. J.; Swager, T. M. "Electroluminescent Properties of Self-Assembled Polymer Thin Films" *Adv. Mater.* **1995**, 7, 395-8.

37. Zhou, Q.; Swager, T. M. "Fluorescent Chemosensors Based on Energy Migration in Conjugated Polymers: The Molecular Wire Approach to Increased Sensitivity" *J. Am. Chem. Soc.* **1995**, 117, 12593-12602.

38. Fu, D.; Xu, B.; Swager, T. M. "3-Methylcalix[4]arene: A New Versatile Precursor to Inherently Chiral Calix[4]arenes" J. Org. Chem. **1996**, 61, 802-4.

39. Zhu, S. S.; Swager, T. M. "Design of Conducting Redox Polymers: A Polythiophene-Ru(bipy)$_3^{n+}$ Hybrid Material" *Adv. Mater.* **1996**, 8, 497-500.

40. Zheng, H.; Xu, B.; Swager, T. M. "Stabilization of Non-Discoid Columnar Liquid Crystals: Studies of Unsymmetrical Copper(bis-β-diketonates)" *Chem. Mater.* **1996**, 8, 907-911.

41. Xu, B.; Swager, T. M. "Chiral Metallocalix[4]arenes: Resolution via Diastereomeric Tungsten (VI) Alkoxides" *Angew. Chem. Int. Ed. Engl.* **1996**, 35, 2094-97.

42. Zhu, S. S.; Carroll, P. J.; Swager, T. M. "Conducting Polymetallorotaxanes: A Supramolecular Approach to Transition Metal Ion Sensors" *J. Am. Chem. Soc.* **1996**, 118, 8713-4.

43. Blatchford, J. W.; Jessen, S. W.; Lin, L. -B.; Lih, J. J.; Gustafson, T. L.; Epstein, A. J.; Marsella, M. J.; Fu, D.; Swager, T. M.; MacDiarmid, A. G.; Yamaguchi, S., Hamaguchi, H. "Exciton Dynamics in Poly(p-pyridyl vinylene)" *Phys. Rev. Lett.* **1996**, 76, 1513-1516.

44. Gebler, D. D.; Wang, Y. Z.; Blatchford, J. W.; Jessen, S. W.; Lin, L. -B.; Gustafson, T. L.; Wang, H. L.; Swager, T. M.; MacDiarmid, A. G.; Epstein, A. J. "Blue Electroluminescent Devices Based on Soluble Poly(p-pyridine)" *J. Appl. Phys.* **1995**, 78 4264-6.

45. Epstein, A. J.; Blatchford, J. W.; Wang, Y. Z.; Jessen, S. W.; Gebler, D. D.; Lin, L. B.; Gustafson, T. L.; Wang, H. -L.; Park, Y. W.; Swager, T. M.; MacDiarmid, A. G. "Poly(p-pyridine)- and Poly(p-pyridyl vinylene) -Based Polymers: Their Photophysics and Application to SCALE Devices" *Synth. Met.* **1996**, 78, 253-61.

46. Cotts, P. M.; Swager, T. M.; Zhou, Q. "Equilibrium Flexibility of a Rigid Linear Conjugated Polymer" *Macromolecules* **1996**, 29, 7323-7328.

47. Knawby, D. M.; Swager, T. M. "Liquid Crystalline Heterocyclic Phthalocyanine Analogues Based on Thiophene" *Chem. Mater.* **1997**, 9, 535-538.

48. Blatchford, J. W.; Gustafson, T. L.; Epstein, A. J.; Vanden Bout, D. A.; Kerimo J.; Higgins, D. A.; Barbara, P. F.; Fu, D.-K.; Swager, T. M.; MacDiarmid, A. G. "Spatially and Temporally Resolved Emission From Aggregates in Conjugated Polymers" *Phys.Rev. B* **1996**, *54*, 3683-3686.

49. Blatchford , J. W.; Jessen, S. W.; Lin, L.-B.; Gustafson, T. L.; Fu, D. -K.; Wang, H. -L. Swager, T. M.; MacDiarmid, A. G.; Epstein, A. J. "Photoluminescence in Pyridine-based Polymers: Role of Aggregates" *Phys. Rev. B* **1996**, 54, 9180-9189.

4

50. Goldfinger, M. B.; Crawford, K. B.; Swager, T. M. "Directed Electrophilic Cyclizations: Efficient Methodology for the Synthesis of Fused Polycyclic Aromatics" *J. Am. Chem. Soc.* **1997**, 119, 4578-4593.

51. Vanden Bout, D. A.; Yip, W. T.; Hu, D.; Fu, D.-K.; Swager, T. M.; Barbara, P. F. "Discrete Intensity Jumps and Intramolecular Electronic Energy Transfer in the Spectroscopy of Single Conjugated Polymer Molecules" *Science* **1997**, 277, 1074-1077.

52. Wang, Y. Z; Gebler, D. D.; Spry, D. J.; Fu, D.-K.; Swager, T. M.; MacDiarmid, A. G. Epstein, A. J. "Novel Light-Emitting Devices Based on Pyridine-Containing Conjugated Polymers" *IEEE Trans. on Electronic Devices* Vol. 44 (8) **1997**, 1263.

53. Hasharoni, M.; Keshavarz-K. M.; Sastre, A.; González, C.; Gellavia-Lund, C.; Greenwald, Y.; Swager, T. M.; Wudl, F.; Heeger, A. J. " Near IR Photoluminescence in Mixed Films of Conjugated Polymers and Fullerenes" *J. Chem. Phys.* **1997**, *107*, 2308-2312.

54. Wang, Y. Z.; Gebler, D. D.; Fu, D. -K.; Swager, T. M.; Epstein, A. J. "Color Variable Bipolar/AC Light-Emitting Devices Based on Conjugated Polymers" *Appl. Phys. Lett.* **1997**, *70*, 3215-3217.

55. Fu, D.-K.; Xu, B.; Swager, T. M. "Alternating Poly(Pyridyl Vinylene Phenylene Vinylene)s: Synthesis and Solid State Organizations" *Tetrahedron* **1997**, *53*, 15487-15494.

56. Swager, T. M. "The Molecular Wire Approach to Sensory Signal Amplification" *Acc. Chem. Res.* **1998**, 31, 201-207.

57. Zhu, S. S.; Swager, T. M. "Conducting Polymetallorotaxanes: Metal Ion Mediated Enhancements in Conductivity and Charge Localization" *J. Am. Chem. Soc.* **1997**, 119, 12568-12577.

58. Gebler, D. D.; Wang, Y. Z.; Blatchford, J. W.; Jessen, S. W.; Fu, D. _K.; Swager, T. M.; MacDiarmid, A. G.; Epstein, A. J. "Exciplex Emission in Bilayer Polymer Light-Emitting Devices" *Appl. Phys. Lett.* **1997**, 70, 1644-1646.

59. Jessen, S.W.; Blatchford, J.W.; Lin, L.-B.; Gustafson, T.L.; Partee, J.: Shinar; J.; Fu, D.-K.; Marsella, M. J.; Swager, T.M.; MacDiarmid, A.G.; Epstein, A.J. "Absorption and Luminescence of Pyridine-Based Polymers" *Synth. Met.* **1997**, 84, 501-506.

60. Wang, Y.Z.; Gebler, D.D.; Fu, D.K.; Swager, T.M.; MacDiarmid, A.G.; Epstein, A.J. "Light-Emitting Devices Based on Pyridine-Containing Conjugated Polymers" *Synth. Met.* **1997**, 85, 1179-1182.

61. Gebler, D.D.; Wang, Y.Z.; Ferguson, J.B.; Jessen, S.W.; Blatchford, J.W.; MacDiarmid, A.G.; Swager, T.M.; Fu, D.K.; Epstein, A.J. "Exciplex Emission in Heterojunctions of Poly(pyridyl vinylene phenylenevinylene)s and Poly(vinyl carbazole)" *Synth. Met.* **1997**, 85, 1205-1208.

62. Trzaska, S. T.; Swager, T. M. "Columnar Mesophases from Non-Discoid Metallomesogens: Rhodium and Iridium Dicarbonyl Diketonates" *Chem. Mater.* **1998**, *10*, 438-443.

63. Goldfinger, M. B.; Crawford, K. B.; Swager, T. M. "Synthesis of Ethynyl Substituted Quinquephenyls and Conversion to Extended Fused Ring Structures" *J. Org. Chem.* **1998**, *63*, 1676-1686.

64. Crawford, K. B.; Goldfinger, M. B.; Swager, T. M. "Na[+] Specific Emission Changes in an Ionophoric Conjugated Polymer" *J. Am. Chem. Soc.* **1998**, 120, 5187-5192.

65. Yang, J.-S.; Swager, T. M. "Porous Shape Persistent Fluorescent Polymer Films: An Approach to TNT Sensory Materials " *J. Am. Chem. Soc.* **1998**, 120, 5321-5322.

66. Gebler, D.D.; Wang, Y. Z.; Fu, D.-K.; Swager, T. M.; Epstein, A. J. "Exciplex Emission From Bilayers of Poly(vinyl carbazole) and Pyridine Based Conjugated Copolymers" *J. Chem. Phys.* **1998**, 108, 7842-8.

67. Kingsborough, K. P; Swager, T. M. "Electroactivity Enhancement by Redox Matching in Cobalt Salen-Based Conducting Polymers" *Adv. Mater.* **1998**, 14, 1100-1104.

5

68. Baxter. D. V.; Chisholm, M. H.; Lynn, M. A.; Putilina, Elena, F.; Trzaska, S. T.; Swager, T. M. "Studies of Thermotropic Properties and the Mesophase of Mixtures of *n*-Alkanoates and Perfluoro-*n*-alkanoates of Dimolybdenum (MM)" *Chem. Mater*. **1998**, 10, 1758-63.

69. Kingsborough, R. P.; Swager T. M. "Transition Metals in Polymeric Conjugated Organic Frameworks" *Progress in Inorganic Chemistry* **1999**, Vol. 48, 123-231, Karlin, K. D. Ed. John Wiley and Sons.

70. Xu, B.; Miao, Y.-J.; Swager, T. M. "Palladium Couplings on a Metallocalix[4]arene: An Efficient Synthesis of New Functionalized Cavities" *J. Org. Chem.* **1998**, 63, 8561-4.

71. Yang, Y-S.; Swager, T. M. "Fluorescent Porous Polymer Films as TNT Chemosensors: Electronic and Structural Effects" *J. Am. Chem. Soc.* **1998**, 120, 11864-11873.

72. Trzaska, S. T.; Zheng, H.; Swager, T. M. "Eight Vertex Metallomesogens: Zirconium Tetrakis-β-diketonate Liquid Crystals" *Chem. Mater.* **1999**, 11, 130-4.

73. Levitsky, I. A.; Kim, J.; Swager, T. M. "Energy Migration in a Poly(phenylene ethynylene): Determination of Interpolymer Transport in Anisotropic Langmuir-Blodgett Films" *J. Am. Chem. Soc.* **1999**, 121, 1466-1472.

74. Kishikawa, K.; Harris, M. C.; Swager, T. M. "Nematic Liquid Crystals with Bent-Rod Shapes: Mesomorphic Thiophenes with Lateral Dipole Moments" *Chem. Mater.* **1999**, 11, 867-871.

75. Kim, J.; McHugh, S.; Swager, T. M. "Nanoscale Fibrils and Grids: Aggregated Structures From Rigid-Rod Conjugated Polymers" *Macromolecules* **1999**, 32, 1500 -1507.

76. Trzaska, S. T.; Hsu, H. –F.; Swager, T. M. "Cooperative Chirality in Columnar Liquid Crystals: Studies of Fluxional Octahedral Metallomesogens" *J. Am. Chem. Soc.* **1999**, 121, 4518-9.

77. Zhu, S. S.; Kingsborough, R. P.; Swager, T. M. "Conducting Redox Polymers: Investigations of Polythiophene Ru(byp)₃ Hybrid Materials" *J. Mater. Chem.* **1999**, 9, 2123-2134.

78. Wang, Y. Z.; Sun, R. G.; Wang, D. K.; Swager, T. M.; Epstein, A. J. "Polarity- and Voltage-Controlled Color-Variable Light-Emitting Devices Based on Conjugated Polymers" *Appl. Phys. Lett.* **1999**, 74, 2593-5.

79. Tovar, J.D.; Swager, T. M. "Pyrylium Salts *via* Electrophilic Cyclization: Applications for Novel 3-Arylisoquinoline Syntheses" *J. Org. Chem.* **1999**, 64, 6499-6504.

80. Kingsborough, R. P.; Swager, T. M. "Polythiophene Hybrids of Transition-Metal Bis(salicylideninine)s: Correlation Between Structure and Electronic Properties" *J. Am. Chem. Soc.* **1999**, 121, 8825-8834.

81. Swager, T. M. "Design and Synthesis of Complex Conjugated Polymers" Chapter 2 in *Organized Molecular Assemblies in the Solid State,* Whitesell, J. K. Ed., **1999**, John Wiley and Sons Ltd., New York.

82. Gibson, H. W.; Dotson, D. L.; Marand, H.; Swager, T. M. "Synthesis and Characterization of Liquid Crystalline Triaryloxy-s-Triazines" *Mol. Cryst. Liq. Cryst. Sci. Technol., Sect. A* **1999**, 326, 113-138.

83. Wang, Y. Z.; Sun, R. G.; Meghdadi, F.; Leising, G.; Swager, T. M.; Epstein, A. J. "Color Variable Multilayer Light Emitting Devices Based on Conjugated Polymers and Oligomers" *Synth. Met.* **1999**, 102, 889-892.

84. Kilian, D.; Knawby, D.; Athanassopoulou, M.A.; Trzaska, S.T.; Swager, T.M.; Wróbel, S.; Haase, W. "Columnar Phases of Achiral Vanadyl Liquid Crystalline Complexes" *Liq. Cryst.* **2000**, 27, 509-521.

85. Buey, J.; Swager, T. M. "Three-Strand Conducting Ladder Polymers: Two-Step Electropolymerization of Metallorotaxanes" *Angew. Chem.* **2000**, *39*, 608-612.

6

86. Levitsky, I. A.; Kishikawa, K.; Eichhorn, S. H.; Swager, T. M. "Exciton Coupling and Dipolar Correlations in a Columnar Liquid Crystal: Photophysics of a Bent-Rod Hexacatenar Mesogen" *J. Am. Chem. Soc.* **2000**, 122, 2474-79.

87. Kingsborough, R. P.; Swager, T. M. "Electrocatalytic Conducting Polymers: Oxygen Reduction by a Polythiophene-Cobalt Salen Hybrid" *Chem. Mater.* **2000**, *12*, 872-874.

88. Williams, V.; Swager, T. M. "Iptycene-Containing Poly(aryleneethynylene)s" *Macromolecules* **2000**, 33, 4069-4073.

89. McQuade, D. T.; Kim, J.; Swager, T. M. "Two-Dimensional Conjugated Polymer Assemblies: Interchain Spacing for Control of Photophysics" *J. Am. Chem. Soc.* **2000**, 122, 5885-5886.

90. Kingsborough, R. P.; Swager, T. M. "Highly Conductive Macrocycle-Linked Metallophthalocyanine Polymers" *Angew. Chem.* **2000**, 39, 2897-9.

91. McQuade, D. T.; Pullen, A. E.; Swager, T. M. "Conjugated Polymer-Based Sensory Materials" *Chem. Rev.* **2000**, 100, 2537-2574.

92. Deans, R.; Kim, J.; Machacek, M.; Swager, T. M. "A Poly(*p*-phenyleneethynylene) with a Highly Emissive Aggregated Phase" *J. Am. Chem. Soc.* **2000**, 122, 8565-8566.

93. Simone, D. L.; Swager, T. M. "A Conducting Poly(cyclophane) and its Poly([2]-catenane)" *J. Am. Chem. Soc.* **2000**, 122, 9300-9301.

94. Kim, J.; McQuade, D. T.; McHugh, S.; Swager, T. M. "Ion-Specific Aggregation in Conjugated Polymers: Highly Sensitive and Selective Fluorescent Ion Chemosensors" *Angew. Chem. Int. Ed. Engl.* **2000**, 39, 3868-3872.

95. Williams, V.; Swager, T. M. "An Improved Synthesis of Poly(*p*-phenylenebutadiynylene)s" *J. Polymer Science: A Polymer Chemistry* **2000**, 38, 4669-4676.

96. Wosnick, J. H.; Swager, T. M. "Molecular Photonic and Electronic Circuitry for Ultrasensitive Chemical Sensors" *Curr. Opinion Chem. Bio.* **2000**, 4, 711-720.

97. McQuade, D. T.; Hegedus, A. H.; Swager, T. M. "Signal Amplification of a "Turn-on" Sensor: Harvesting the Light Captured by a Conjugated Polymer" *J. Am. Chem Soc.* **2000**, 122, 12389-12390.

98. Gorecka, E.; Nakata, M.; Mieczkowski, J.; Takanishi, Y.; Ishikawa, K.; Watanabe, J.; Takezoe, H.; Eichhorn, S. H.; Swager, T. M. "Induced Antiferroelectric Smectic-C*A Phase by Doping Ferroelectric-C* Phase with Bent-Shaped Molecules" *Phys. Rev. Lett.* **2000**, 85, 2526-2529.

99. Pullen, A. E.; Swager, T. M. "Regiospecific Copolyanilines from Substituted Oligoanilines: Electrochemical Comparisons with Random Copolyanilines" *Macromolecules* **2001**, 34, 812-816.

100. Long, T. M.; Swager, T. M. "Minimization of Free Volume: Alignment of Triptycenes in Liquid Crystals and Stretched Polymers" *Adv. Mater.* **2001**, 13, 601-604.

101. Gimenez, R.; Swager, T. M. "Dinuclear Pincer-Palladium(+2) Complexes and Their Use as Homogeneous or Heterogeneous Catalyst for the Aldol Reaction of Methyl Isocyanoacetate" *J. Mol. Catal. A. Chem.* **2001**, 166, 265-273.

102. Levitsky, I. A.; Kim, J.; Swager, T. M. "Mass and Energy Transport in Conjugated Polymer Langmuir-Blodgett Films: Conductivity, Fluorescence, and UV-Vis Studies" *Macromolecules* **2001**, 34, 2315-2319.

103. Edrington, A. C.; Urbas, A. M.; DeRege, P.; Chen, C. X., Swager, T. M.; Hadjichristidis, N.; Xenidou, M.; Fetters, L. J.; Joannopoulos, J. D.; Fink, Y.; Thomas, E. L "Polymer-Based Photonic Crystals" *Adv. Mater.* **2001**, 13, 421-425.

104. Kim, J.; Swager, T. M. "Control of Conformation and Interpolymer Effects in Conjugated Polymers" *Nature* **2001**, *411*, 1030-1034.

105. Takeuchi, M.; Shioya, T.; Swager, T. M. "Allosteric Fluoride Anion Recognition by a Doubly-strapped Porphyrin" *Angew. Chem.* **2001**, 40, 3372-3376.

7

106. Vigalok, A.; Zhu, Z.; Swager, T. M. "Conducting Polymers Incorporating Tungsten-Capped Calixarenes" *J. Am. Chem. Soc.* **2001**, 123, 7917-7918.

107. MacLachlan, M. J.; Rose, A.; Swager, T.M. "A Rotaxane Exciplex" *J. Am. Chem. Soc.* **2001**, 123, 9180-9181.

108. Zhu, Z.; Swager, T. M. "Conjugated Polymers Containing 2,3-Dialkoxybenzene and Iptycene Building Blocks" *Org. Lett.* **2001**, *22*, 3471-3474.

109. Rose, A.; Lugmair, C. G.; Swager, T. M. "Excited State Lifetime Modulation in Triphenylene-Based Conjugated Polymers" *J. Am. Chem. Soc.* **2001**, 123, 11298-11299.

110. Kim, J.; McQuade, D. T.; Rose, A.; Zhu, Z.; Swager, T. M. "Directing Energy Transfer Within Conjugated Polymer Thin Films" *J. Am. Chem. Soc.* **2001**, 123, 11488-11489.

111. Yamaguchi, S.; Swager, T. M. "Oxidative Cyclization of Bis(biaryl)acetylenes: Synthesis and Photophysics of Dibenzo[*g,p*]-chrysene-Based Fluorescent Polymers" *J. Am. Chem. Soc.* **2001**, 123, 12087-12088.

112. Tovar, J. D.; Swager, T. M. "Poly(naphthodithiophene)s: Robust, Conductive Electrochromics *via* Tandem Cyclization-Polymerizations" *Adv. Mater.* **2001**, 13, 1775.

113. Cumming, J. C.; Aker, C.; Fisher, M.; Fox, M.; la Grone, M. J.; Reust, D.; Rockley, M. G.; Swager, T. M.; Towers, E.; Williams, V. "Using Novel Fluorescent Polymers as Sensory Materials for Above-Ground Sensing of Chemical Signature Compounds Emanating from Buried Landmines" *IEEE Transactions on Geoscience and Remote Sensing* **2001**, 39 (6), 1119-1128.

114. Vigalok, A.; Swager, T. M. "Conducting Polymers of Tungsten(VI)-Oxo Calixarene: Intercalation of Neutral Organic Guests" *Adv. Mater.* **2002**, *14*, 368-371.

115. Tovar, J. D.; Swager, T. M. "Exploiting the Versatility of Organometallic Cross-Coupling Reactions for Entry into Extended Aromatic Systems" *J. Organomet. Chem.* **2002**, *653*, 215-222.

116. Long, T. M.; Swager, T. M. "Using "Internal Free Volume" to Increase Chromophore Alignment" *J. Am. Chem. Soc.* **2002**, *124*, 3826-3827.

117. Haase, W.; Kilian, D.; Athanassopoulou, M. A.; Knawby, D.; Swager, T. M.; Wrobel, S. "Enhanced Conductivity and Dielectric Absorption in Discotic Liquid Crystalline Columnar Phases of a Vanadyl Complex" *Liq. Cryst.* **2002**, 29, 133-139.

118. Kim, J.; Levitsky, I. A.; McQuade, D. T.; Swager, T. M. "Structural Control in Thin-layers of Poly(*p*-phenyleneethynylene)s: Photophysical Studies of Langmuir and Langmuir-Blodgett Films" *J. Am. Chem. Soc.* **2002**, *124*, 7710-7718.

119. Shioya, T.; Swager, T. M. "A Reversible Resistivity-Based Nitric Oxide Sensor" *Chemical Commun.* **2002**, 1364-1365.

120. Tovar, J. D.; Rose, A.; Swager, T. M. "Functionalizable Polycyclic Aromatics Through Oxidative Cyclization of Pendant Thiophenes" *J. Am. Chem. Soc.* **2002**, *124*, 7762-7769.

121. Long, T. M.; Swager, T. M. "Triptycene-Containing Bis(phenylethynyl)benzene Nematic Liquid Crystals" *J. Mater. Chem.* **2002**, *12*, 3407 - 3412

122. Zhu, Z.; Swager, T. M. "Conjugated Polymer Liquid Crystal Solutions: Control of Conformation and Alignment" *J. Am. Chem. Soc.* **2002**, *124*, 9670-9671.

123. Moon, J.-H.; Swager, T. M. "Poly(*p*-phenylene ethynylene) Brushes" *Macromolecules* **2002**, *35*, 6086-6089.

124. Eichhorn, S. H.; Paraskos, A. J.; Kishikawa, K.; Swager, T. M. "The Interplay of Bent-Shape, Lateral Dipole, and Chirality in Triphenylene-Based Di-, Tri-, and Tetracatenar Liquid Crystals" *J. Am. Chem. Soc.* **2002**, 124, 12742-12751.

125. Paraskos, A. J.; Swager, T. M. "Effects of Desymmetrization on Thiophene-Based Bent-Rod Mesogens" *Chem. Mater.* **2002** *14*, 4543-4549.

8

126. Zahn, S.; Swager, T. M. "Three Dimensional Electronic Delocalization in Chiral Conjugated Polymers" *Angew. Chem. Int. Ed. Engl.* **2002**, *41*, 4225-4230.

127. Swager, T. M.; Wosnick, J. H. "Self-amplifying Semiconducting Polymers for Chemical Sensors" *Mater. Res. Soc. Bull.* **2002**, 27 (6), 446-450.

128. Kuroda, K.; Swager, T. M. "Synthesis of a Nonionic Water Soluble Semiconductive Polymer" *Chemical Commun.* **2003**, 26-27.

129. Yu, H.; Xu, B.; Swager, T. M. "A Proton-Doped Calix[4]arene-Based Conducting Polymer" *J. Am. Chem. Soc.* **2003**, *125*, 1142–1143.

130. Zhang, S.-W.; Swager, T. M. "Fluorescent Detection of Chemical Warfare Agents: Functional Group Specific Ratiometric Chemosensors" *J. Am. Chem. Soc.* **2003**, *125*, 3420-3421.

131. Fasolka, M. J.; Goldner, L. S.; Hwang, J. Urbas, A. M.; DeRege, P.; Swager, T. M.; Thomas, E. L. "Measuring Local Optical Properties: Near-Field Polarimetry of Photonic Block Copolymer Morphology" *Phys. Rev. Lett.* **2003**, 90, 016107-1

132. Lee, D.; Swager, T. M. "Defining Space Around Conducting Polymers: Reversible Protonic Doping of an Canopied Polypyrrole" *J. Am. Chem. Soc.* **2003**, 125, 6870-6871

133. Araoka, F.; Shin, K. C.; Takanishi, Y.; Ishikawa, K.; Takezoe, H.; Zhu, Z.; Swager, T. M. "How Doping a Cholesteric Liquid Crystal with Polymeric Dye Improves an Order Parameter and Makes Possible Low Threshold Lasing" *J. Appl. Phys.* **2003**, 94, 279-283

134. Breen, C. A.; Deng, T.; Breiner, T.; Thomas, E. L.; Swager, T. M. "Polarized Photoluminescence from Poly(*p*-phenylene-ethynylene) via a Block Copolymer Nanotemplate" *J. Am. Chem. Soc.* **2003**, *125*, 9942-9943.

135. Long, T. M.; Swager, T. M. "Molecular Design of Free Volume as a Route to Low-k Dielectric Materials" *J. Am. Chem. Soc.* **2003**, *125*, 14113-14119.

136. Kim, T.-H.; Swager, T. M. "A Fluorescent Self-Amplifying Wavelength Responsive Sensory Polymer for Fluoride Ion" *Angew. Chem. Int. Ed.* **2003**, *42*, 4803-4806.

137. Tovar, J. D.; Swager, T. M. " Cofacially Constrained Organic Semiconductors" *J. Poly. Sci.* A, Polymer Chemistry **2003**, 41, 3693-3702.

138. Kim, Y. -M.; Zhu, Z.; Swager, T. M. "Hyperconjugative and Inductive Perturbations in Poly(phenylene vinylenes)" *J. Am. Chem. Soc.* **2004**, 126, 452-453.

139. Kuroda, K.; Swager, T. M. "A Fluorescent Semiconducting Polymer Conjugate of Poly(*N*-isopropylacrylamide) for Thermal Precipitation Assays" *Macromolecules* **2004**, *37*, 716-724.

140. Shin K. C.; Araoka, F; Park, B.; Takanishi, Y.; Ishikawa, K.; Zhu, Z. G.; Swager, T. M.; Takezoe, H. "Advantages of Highly Ordered Polymer-Dyes for Lasing in Chiral Nematic Liquid Crystals" *Jap. J. Appl. Phys. Part 1*, **2004**, 43, 631-636.

141. Lee, D.; Swager, T. M. "Defining Space around Conjugated Polymers: New Vistas in Self-Amplifying Sensory Materials" *Synlett* **2004**, 149-154.

142. Amara, J. P.; Swager, T. M. "Incorporation of Internal Free Volume: Synthesis and Characterization of Iptycene-Elaborated Poly(butadiene)s" *Macromolecules* **2004**, *37*, 3068-3070.

143. Villazor, K. R.; Swager, T. M. "Chiral Supramolecular Materials from Columnar Liquid Crystals" *Mol. Cryst. Liq. Cryst.* **2004**, *410*, 775-781.

144. Paraskos, A. J.; Nishiyama, Y.; Swager, T. M. "Synthesis and Characterization of Novel Triphenylene-Dione Half-Disc Mesogens" *Mol. Cryst. Liq. Cryst.* **2004**, *411*, 1405-1417.

145. Song, M. H.; Shin, K.-C.; Park, B.; Takanishi, Y.; Ishakawa, K.; Watanabe, J.; Nishimurab, S.; Toyooka, T.; Zhu, Z.; Swager, T. M.; Takezoe, H. "Polarization Characteristics of Phase Retardation Defect Mode Lasing in Polymeric Cholesteric Liquid Crystals" *Sci. & Tech. Adv. Mater.* **2004**, 5, 437-441.

9

146. Gutman, L.; Cao, J. S.; Swager, T. M. "Phase and Orientational Ordering of Low Molecular Weight Rod Molecules in a Quenched Liquid Crystalline Polymer Matrix with Mobile Side Chains" *J. Chem. Phys.* **2004**, *120*, 11316-11326.

147. Gutman, L.; Cao, J. S.; Swager, T. M., Thomas, E. L. "Orientational Ordering of Short LC Rods in an Anisotropic Liquid Crystalline Polymer Glass" *Chem. Phys. Lett.* **2004**, *389*, 198-203.

148. Song, M. H.; Park, B.; Shin, K.-C.; Ohta, T.; Tsunoda, Y.; Hoshi, H.; Takanishi, Y.; Ishikawa, K., Watanae, J.; Nishimura, S.; Toyooka, T., Zhu, A.; Swager, T. M.; Takezoe, H. "Effect of Phase Retardation of Defect Mode Lasing in Polymeric Cholesteric Liquid Crystals" *Adv. Mater.* **2004**, *16*, 779-783.

149. Yu, H.-h.; Pullen, A. E.; Büschel, M. G.; Swager, T. M. "Charge Specific Interactions in Segmented Conducting Polymers: A New Approach to Selective Ionoresistive Responses" *Angew. Chem. Int. Ed. Engl.* **2004**, 43, 3700-3703.

150. Kwan, P. H.; MacLachlan, M. J.; Swager, T. M. "Rotaxanated Semiconducting Sensory Polymers" *J. Am. Chem. Soc.* **2004**, *126*, 8638-8639.

151. Hu, K.-N.; Yu, H.-h.; Swager, T. M.; Griffin, R. G. "Dynamic Nuclear Polarization with Biradicals" *J. Am. Chem. Soc.* **2004**, 126, 10844-10845.

152. Nadeau, J. M.; Swager, T. M. "New β-Linked Pyrrole Monomers: Approaches to Highly Stable and Conductive Electrochromic Polymers" *Tetrahedron* **2004**, *60*, 7141-7146.

153. Disney, M. D.; Zheng, J.; Swager, T. M. Seeberger, P. H. "Visual Detection of Bacteria with Carbohydrate-Containing Fluorescent Polymers" *J. Am. Chem. Soc.* **2004**, *126*, 13343-13346.

154. Zheng, J.; Swager, T. M. "Energy Transfer from Biotinylated Poly(*p*-phenylene ethynylene): New Insights for Amplified Fluorescence-Based Biosensors" *Chem. Commun.*, **2004**, 2798–2799.

155. Yu, H.-h.; Swager, T. M. "Molecular Actuators – Designing Actuating Materials at the Molecular Level" *IEEE J. of Oceanic Engr.* **2004**, *29*(3), 692-695.

156. Wosnick, J. H.; Swager, T. M. "Enhanced Fluorescence Quenching in Receptor-Containing Conjugated Polymers: A Calix[4]arene-Containing Poly(phenylene ethynylene)" *Chem. Comm.* **2004**, 2744-2745.

157. Holliday, B. J., Swager, T. M. "Highly Conductive Metallopolymers: The Role of Redox Matching" *Chem. Comm.* **2005**, 23-36.

158. Kim, Y. -M.; Swager, T. M. "Ultra-photostable n-type PPV" *Chem. Comm.* **2005**, 372-374.

159. Thomas, S. W.; Swager, T. M. "Synthesis and Optical Properties of Simple Amine-Containing Conjugated Polymers" *Macromolecules* **2005**, *38*, 2716 -2721.

160. Rose, A.; Zhu, Z.; Madigan, C.; Swager, T. M.; Bulovic, V. "Sensitivity Gains in Chemosensing by Lasing Action in Organic Polymers" *Nature*, **2005**, *434*, 876-879.

161. Wosnick, J. H.; Mello C. M.; Swager, T. M. "Synthesis and Application of Poly(phenylene ethynylene)s for Bioconjugation: A Conjugated Polymer-Based Fluorogenic Probe for Proteases" *J. Am. Chem. Soc.* **2005**, 127, 3400-3405.

162. Kwan, P. H.; Swager, T. M. "Intramolecular Photoinduced Charge Transfer in Rotaxanes" *J. Am. Chem. Soc.* **2005**, *127*, 5902-5909.

163. Satrijo, A.; Swager, T. M. "Facile Control of Chiral Packing in Poly(*p*-phenylenevinylene) Spin-Cast Films" *Macromolecules* **2005**, *38,* 4054-4057.

164. Song, C.; Swager, T. M. "Highly Conductive Poly(Phenylene Thienylene)s: *Meta*-Phenylene Linkages Aren't Always Bad" " *Macromolecules* **2005**, *38,* 4569-4576.

165. Zheng, J.; Swager, T. M. "Poly(arylene ethynylene)s in Chemosensing and Biosensing" *Adv. Polym. Sci.* **2005**, *177*, 151–179.

166. Breen, C. A.; Tischler, Y.; Bulovic, V.; Swager, T. M. "Highly Efficient Blue Electroluminescence from Poly(phenylene-ethynylene) via Energy Transfer from a Hole Transport Matrix" *Adv. Mater.* **2005**, *17*, 1981-1985.

167. Thomas, S. W.; Yagi, S.; Swager, T. M. "Towards Chemosensing Phosphorescent Conjugated Polymers: Cyclometalated Platinum(II) Poly(Phenylene)s" *J. Mater. Chem.* J. **2005**, *15*, 2829-2835.

168. Gutman, L.; Cao, J. S.; Swager, T. M.; Thomas, E. L. "Phase and Orientational Ordering of A-B-A Tri-Block Co-Polymers Guest in a Quenched Host of Low Molecular Weight Rod Molecules" *Chem. Phys. Lett.* **2005**, *408*, 139-144.

169. Nesterov, E. E.; Zhu, Z.; Swager, T. M. "Conjugation Enhancement of Intramolecular Exciton Migration in Poly(p-phenylene-ethynylene)s" *J. Am. Chem. Soc.* **2005**, *127*, 10083-10088.

170. Deng, T.; Breen, C. A.; Breiner, T.; Swager, T. M.; Thomas, E. L.; "A Block Copolymer Nanotemplate for Mechanically Tunable Polarized Emission from a Conjugated Polymer" *Polymer* **2005**, *46*, 10113-10118.

171. Nesterov, E. E.; Skoch, J.; Hyman, B. T.; Klunk, W. E.; Bacskai, B. J.; Swager, T. M. "*In Vivo* Optical Imaging of Amyloid Aggregates in Brain: Design of Fluorescent Markers" *Angew. Chem. Int. Ed.* **2005**, *44*, 5452-5456.

172. Breen, C. A.; Rifai, S.; Bulovic, V.; Swager, T. M. "Blue Electroluminescence from Oxadiazole Grafted Poly(Phenylene Ethynylene)" *Nanoletters* **2005**, *5*, 1597-1601.

173. Lee, D.; Swager, T. M. "Toward Isolated Molecular Wires: A pH-Responsive Canopied Polypyrrole" *Chem. Mater.* **2005**, *17*, 4622-4629.

174. Kim, Y. –M.; Whitten, J. E.; Swager, T. M. "High Ionization Potential Conjugated Polymers" *J. Am. Chem. Soc.* **2005**, *127*, 12122-12130.

175. Wosnick, J. H.; Liao, J. H.; Swager, T. M. "Layer-by-layer Poly(phenylene ethynylene) Films on Silica Microspheres for Enhanced Sensory Amplification" *Macromolecules* **2005**, 38, 9287-929.

176. Thomas, S. W. III; Amara, J. P.; Swager, T. M. "Amplifying Fluorescent Polymer Sensors for the Explosives Taggant 2,3-Dimethyl-2,3-dinitrobutane (DMNB)" *Chem. Comm.* **2005**, 4572 – 4574.

177. Kwan, P. H.; Swager, T. M. "Insulated Conducting Polymers: Manipulating Charge Transport Using Supramolecular Complexes" *Chem. Comm.* **2005**, 5211-5213.

178. Kim, Y. –M.; Bouffard, J.; Kooi, S. E.; Swager, T. M. "Highly Emissive Conjugated Polymer Excimers" *J. Am. Chem. Soc.* **2005**, *127*, 13726 - 13731.

179. Zhao, D.; Swager, T. M. "Conjugated Polymers Containing Large Soluble Diethynyl Iptycenes" *Organic Letters* **2005**, *7*, 4357-4360.

180. Amara, J. P.; Swager, T. M. "Synthesis and Properties of Poly(phenylene ethynylene)s with Pendant Hexafluoroisopropanol Groups" *Macromolecules* **2005**, *38,* 9091-9094.

181. Zhao, D.; Swager, T. M. "Sensory Responses in Solution vs. Solid State: A Fluorescence Quenching Study of Poly(iptycenebutadiynylene)s" *Macromolecules* **2005**, *38*, 9377-9384.

182. Xiang, Z. M.; Nesterov, E. E.; Skoch, J.; Lin, T.; Hyman, B. T.; Swager, T. M.: Bacskai, B. J.; Reeves S. A. "Detection of Myelination using a Novel Histological Probe" *J. Histochemistry and Cytochemistry*, **2005**, *53*, 1511-1516.

183. Thomas, S. W.; Long, T. M.; Pate, B. D.; Kline, S. R.; Thomas, E. L.; Swager, T. M. "Perpendicular Organization of Macromolecules: Synthesis and Alignment Studies of a Soluble Poly(iptycene)" *J. Am. Chem. Soc.* **2005**, 127, 17976-17977.

184. Chen, Z.; Müller, P.; Swager, T. M. "Syntheses of Soluble, π-Stacking Tetracene Derivatives" *Org. Lett.* **2006**, *8*, 273-276.

11

185. Rifai, S.; Swager, T. M. "Facile *in situ* Silver Nanoparticle Formation in Insulating Porous Polymer Matrices" *Chem. Mater.* **2006**, *18*, 21-25.

186. Thomas, S. W.; Swager, T. M. "Trace Hydrazine Detection with Fluorescent Conjugated Polymers: A Turn-On Sensory Mechanism" *Adv. Mater.* **2006**, *18*, 1047-1050.

187. Tsui, N. T.; Paraskos, A. J.; Torun, L. Swager, T. M.; Thomas, E. L. "Minimization of Internal Molecular Free Volume: A Novel Mechanism for the Simultaneous Enhancement of Polymer Stiffness, Strength and Ductility" *Macromolecules* **2006**, *39*, 3350-3358.

188. Bailey, G. C.; Swager, T. M. "Masked Michael Acceptors in Poly(phenyleneethynylene)s for Facile Conjugation" *Macromolecules* **2006**, *39*, 2815-2818.

189. Chen, Z.; Amara, J. P.; Thomas, S. W.; Swager, T. M. "Synthesis of a Novel Poly(iptycene) Ladder Polymer" *Macromolecules* **2006**, *39*, 3202 - 3209.

190. Yang, Y.; Swager, T. M. "Main-Chain Calixarene Polymers: Conformational Effects on Polymerization" *Macromolecules* **2006**, *39*, 2013-2015.

191. Reczek, J. J.; Villazor, K. R.; Lynch, V.; Swager, T. M.; Iverson, B. L. "Tunable Columnar Mesophases Utilizing $C_2$ Symmetric Aromatic Donor-Acceptor Complexes" *J. Am. Chem. Soc.* **2006**, *128*, 7995-8002.

192. Byrne, P. D.; Lee, D.; Müller, P.; Swager, T. M. "Conducting Polymers Containing Cyclobutadiene Co Cyclopentadiene Complexes" *Syn. Metals* **2006**, *156*, 784-791.

193. Choi, H-G.; Amara, J. P.; Swager, T. M.; Jensen, K. F. "Synthesis and Characterization of Poly(isobenzofuran) Films by Chemical Vapor Deposition" *Macromolecules* **2006**, *39*, 4400-4410.

194. Satrijo, A.; Meskers, S. C. J.; Swager, T. M. "Probing a Conjugated Polymer's Transfer of Organization-Dependent Properties from Solutions to Films" *J. Am. Chem. Soc.* **2006**, *128*, 9030-9031.

195. Zheng, J.; Swager, T. M. "Probing Biological Recognition Using Conjugated Polymers at the Air-Water Interface" *Macromolecules*, **2006**, *39*, 6781-6783.

196. Kim, Y. -M.; Swager, T. M. "Sensory Polymers for Electron-Rich Analytes of Biological Interest" *Macromolecules* **2006**, *39*, 5177-5179.

197. Song, C.; Hu, K-N.; Swager, T. M.; Griffin, R. G. "TOTAPOL—A Biradical Polarizing Agent for Dynamic Nuclear Polarization in Aqueous Media" *J. Am. Chem. Soc.* **2006**, *128*, 11385-11390.

198. Byrne, P. D.; Müller, P.; Swager, T. M. "Conducting Metallopolymers Based on Azaferrocene" *Langmuir* **2006**, *22*, 10596-10604.

199. Amara, J. P.; Swager, T. M. "Conjugated Polymers with Geminal Trifluoromethyl Substituents Derived from Hexafluoroacetone" *Macromolecules* **2006**, *39*, 5753-5759.

200. Joly, G. D.; Geiger, L.; Kooi, S. E.; Swager, T. M. "Highly Effective Water-Soluble Fluorescence Quenchers of Conjugated Polymer Thin Films in Aqueous Environments" *Macromolecules* **2006**, *39*, 7175-7177.

201. Holliday, B. J.; Stanford, T. B.; Swager, T. M. "Chemoresistive Gas-Phase Nitric Oxide Sensing with Cobalt-Containing Conducting Metallopolymers" *Chem. Mater.* **2006**, *18*, 5649-5651.

202. Sugiyasu, K.; Song, C.; Swager, T. M. "Aromaticity in Tropone-Containing Polythiophene" *Macromolecules* **2006**, *39*, 5598-5600.

203. McNeil, A. J.; Müller, P.; Whitten, J. E.; Swager, T. M. "Conjugated Polymers in an Arene Sandwich" *J. Am. Chem. Soc.* **2006**, *128*, 12426-12427.

204. Choi, H. -G.; Amara, J. P.; Martin, T. P.; Gleason, K. K.; Swager, T. M.; Jensen K. F. "Structure and Morphology of Poly(isobenzofuran) Films Grown by Hot-Filament Chemical Vapor Deposition" *Chem. Mater.* **2006**, *18*, 6339-6344.

205. Thomas, S. W.; Venkatesan, K.; Müller, P.; Swager, T. M. "Dark-Field Oxidative Addition-Based Chemosensing – New Bis-cyclometalated Pt(II) Complexes and Phosphorescent Detection of Cyanogen Halides" *J. Am. Chem. Soc.* **2006**, *128*, 16641-16648.

206. Hoogboom, J.; Swager, T. M. "Increased Alignment of Electronic Polymers in Liquid Crystals via Hydrogen Bonding Extension" *J. Am. Chem. Soc.* **2006**, *128*, 15058-15059.

207. Ishow, E.; Bouffard, J.; Kim, Y. -M.; Swager, T. M. "Anthryl-Based Poly(Phenylene Ethynylene)s: Tuning Optical Properties with Diels-Alder Reactions" *Macromolecules* **2006**, *39*, 7854-7858.

208. Liao, J. H.; Swager, T. M. "Quantification of Amplified Quenching of Conjugated Polymer Microsphere Systems" *Langmuir* **2007**, *23*, 112-115.

209. Ohira, A.; Swager, T. M. "Ordering of Poly(*p*-Phenylene-Ethynylene)s in Liquid Crystals" *Macromolecules* **2007**, 40, 19-25.

210. Tsui, N. T.; Torun, L.; Pate, B. D.; Paraskos, A.; Swager, T. M.; Thomas, E. L. "Molecular Barbed Wire: Threading and Interlocking for the Mechanical Reinforcement of Polymers" *Adv. Funct. Mater.* **2007**, *17*, 1595-1602.

211. Chen, Z.; Swager, T. M. "Synthesis and Characterization of Fluorescent Acenequinones as Dyes for Guest-Host Liquid Crystal Displays" *Org. Lett.* **2007**, *9*, 997-1000.

212. Choi, H.-G.; Amara, J. P.; Swager, T. M.; Jensen, K. F. "Directed Growth of Poly(isobenzofuran) Films by Chemical Vapor Deposition on Patterned Self-Assembled Monolayers as Templates" *Langmuir* **2007**, *23*, 2483-2491.

213. Thomas, S. W.; Joly, G. D.; Swager, T. M. "Chemical Sensors Based on Amplifying Fluorescent Conjugated Polymers" *Chem. Rev.* **2007**, *107*, 1339-1386.

214. Andrew, T. L.; Swager, T. M. "A Fluorescence Turn-on Mechanism to Detect the High Explosives RDX and PETN" *J. Am. Chem. Soc.* **2007**, *129*, 7254-7255.

215. Zhang, W.; Swager, T. M. "Functionalization of Single-Walled Carbon Nanotubes and Fullerenes via a Dimethyl Acetylenedicarboxylate-4-Dimethylaminopyridine Zwitterion Approach" *J. Am. Chem. Soc.* **2007**, *129*, 7714-7715.

216. Yang, Y.; Swager, T. M. "Main-Chain Calix[4]arene Elastomers by Ring-Opening Metathesis Polymerization" *Macromolecules* **2007**, *40*, 7437-7440.

217. Taylor, M. S.; Swager, T. M. "Triptycenediols by Rhodium-Catalyzed [2+2+2] Cycloaddition" *Org. Lett.* **2007**, *9*, 3695-3697.

218. Kouwer, P. H. J.; Swager, T. M. "Synthesis and Mesomorphic Properties of Rigid-Core Ionic Liquid Crystals" *J. Am. Chem. Soc.* **2007**, *129*, 14042-14052.

219. Taylor, M. S.; Swager, T. M. "Poly(anthrylenebutadiynylene)s: Precursor-Based Synthesis and Bandgap Tuning" *Angew. Chem. Int. Ed.* **2007**, *46*, 8480-8483.

220. Sugiyasu, K.; Swager, T. M. "Conducting Polymer-Based Chemical Sensors: Transduction Mechanisms" *Bull. Chem. Soc. Japan* **2007**, *80*, 2074-2083.

221. Rose, A.; Tovar, J. D.; Yamaguchi, S.; Nesterov, E. E.; Zhu Z.; Swager, T. M. "Energy Migration in Conjugated Polymers: The Role of Molecular Structure," *Phil. Trans. Royal Society A: Mathematical, Physical and Engineering Sciences* **2007**, *365*, 1589-1606.

222. Satrijo, A.; Kooi, S. E.; Swager T. M. "Enhanced Luminescence from Emissive Defects in Aggregated Conjugated Polymers" *Macromolecules* **2007**, *40*, 8833-9941.

223. Bouffard, J.; Eaton, R. F.; Müller, P.; Swager, T. M. "Iptycene-Derived Pyridazines and Phthalazines" *J. Org. Chem.* **2007**, *72*, 10166-10180.

224. Satrijo, A.; Swager T. M. "Anthryl-Doped Conjugated Polyelectrolytes as Sensors for Nonquenching Multicationic Analytes" *J. Am. Chem. Soc.* **2007**, *129*, 16020-16028.

225. Kagawa, K.; Qian, P.; Tanaka, A.; Swager, T. M. "Templated Polypyrrole Electro-Polymerization: Self-Assembled Bundles of Bilayer Membranes of Amphiphiles and Their Actuation Behavior" *Synth. Metals* **2007**, *157*, 733-738.

226. Venkatesan, K.; Kouwer, P. H. J.; Yagi, S.; Müller, P.; Swager, T. M. "Columnar Mesophases from Half-Discoid Platinum Cyclometalated Metallomesogens" *J. Mater. Chem.* **2008**, *18*, 400-407.

227. Narayanan, A.; Varnavski, O. P.; Swager, T. M.; Goodson, T. "Multiphoton Fluorescence Quenching of Conjugated Polymers for TNT Detection" *Phys. Chem. C Lett.* **2008**, *112*, 881-884.

228. Bouffard, J.; Kim, Y.-M.; Swager, T. M.; Weissleder, R.; Hilderbrand, S. A. "A Highly Selective Fluorescent Probe for Thiol Bioimaging" *Organic Letters* **2008**, *10*, 37-40.

229. Hu, K-H.; Song, C.; Yu, H-h.; Swager, T. M.; Griffin R. G "High-frequency Dynamic Nuclear Polarization Using Biradicals: A Multifrequency EPR Lineshape Analysis" *J. Chem. Phys.* **2008**, *128*, article # 052302.

230. Wang, F.; Gu, H.; Swager, T. M. *"*Carbon Nanotube/Polythiophene Chemiresistive Sensors for Chemical Warfare Agents" *J. Am. Chem. Soc.* **2008**, *130*, 5392-5393.

231. Raymond, S. B.; Skoch, J.; Hills, I. D.; Nesterov, E. E.; Swager, T. M.; Bacskai, B. J. "Smart Optical Probes for Near-Infrared Imaging of Alzheimer's Disease Pathology" *European J. of Nuclear Medicine and Molecular Imaging* **2008**, *35*, 1032.

232. Meek, S. T.; Nesterov, E. E.; Swager, T. M. "Near-Infrared Fluorophores Containing Benzo[c]heterocycle Subunits" *Org. Lett.* **2008**, *10*, 2991-2993.

233. Kang, H.-a.; Swager, T. M. "Conductive Block Copolymers Integrated into Polynorbornene-Derived Scaffolds" *Macromolecules* **2008**, *41*, 5540-5547.

234. Bouffard, J.; Swager, T. M. "Fluorescent Conjugated Polymers that Incorporate Substituted 2,1,3-Benzooxadiazole and 2,1,3-Benzothiadiazole Units" *Macromolecules* **2008**, *41*, 5559-5562.

235. Gu, H.; Swager, T. M. "Fabrication of Free-standing, Conductive and Transparent Carbon Nanotube Films" *Advanced Materials* **2008**, *20*, 4433-4437.

236. Chen, Z.; Bouffard, J.; Kooi, S. E.; Swager, T. M. "Highly Emissive Iptycene-Fluorene Conjugated Copolymers: Synthesis and Photophysical Properties" *Macromolecules* **2008**, *41*, 6672-6676.

237. Song, C.; Swager, T. M. "π-Dimer Formation as the Driving Force for Calix[4]arene-based Molecular Actuators" *Organic Letters* **2008**, *10*, 3575-3578.

238. Wang, F.; Yang, Y.; Swager, T. M. "Molecular Recognition for High Selectivity in Carbon Nanotube/Polythiophene Chemiresistors" *Angew. Chem. Int. Ed.,* **2008**, *47*, 8394-8396.

239. Swager, T. M. "Iptycenes in the Design of High Performance Polymers" *Acc. Chem. Res.* **2008**, *41*, 1181-1189.

240. Bouffard, J.; Swager, T. M. "Self-Assembly of Amphiphilic Poly(phenylene ethynylene)s in Water - Potassium Dodecanoate - Decanol Lyotropic Liquid Crystals" *Chem. Comm.* **2008**, 5387-5389.

241. Tsui, N. T.; Yang, Y.; Mulliken, A. D.; Torun, L; Boyce, M. C.; Swager, T. M.; Thomas, E. L. "Enhancement to the Rate-Dependent Mechanical Behavior of Polycarbonate by Incorporation of Triptycenes" *Polymer* **2008**, *21*, 4703-4712.

242. Chen, Z.; Swager, T. M. "Synthesis and Characterization of Poly(2,6-triptycene)" *Macromolecules* **2008**, *41*, 6880-6885.

243. Takita, R.; Song, C.; Swager, T. M. "π-Dimer Formation in an Oligothiophene Tweezer Molecule" *Organic Lett.* **2008**, *10*, 5003-5005.

244. Andrew, T. L.; Swager, T. M. "Reduced Photobleaching of Conjugated Polymer Films Through Small Molecule Additives" *Macromolecules* **2008**, *41*, 8306-8308.

245. Alcazar, D.; Wang, F.; Swager, T. M.; Thomas, E. L. "Gel Processing for Highly Oriented Conjugated Polymer Films" *Macromolecules* **2008**, *41*, 9863-9868.

246. Chan, J. M. W.; Swager, T. M. "Synthesis of Arylethynylated Cyclohexa-m-Phenylenes via Sixfold Suzuki Coupling" Tetrahedron Lett. **2008**, 49, 4912-4914.

247. Moslin, R. M.; Andrew, T. L.; Swager, T. M. "Anionic Oxidative Polymerization: The Synthesis of Poly(phenylenedicyanovinylene) (PPCN2V)" *J. Am. Chem. Soc.* **2009**, *131*, 20-21.

248. Moslin, R. M., Espino, C. G.; Swager, T. M. "Synthesis of Conjugated Polymers Containing cis-Phenylenevinylenes by Titanium Mediated Reductions" *Macromolecules* **2009**, *42*, 452-454.

249. Song, C.; Swager, T. M. "Conducting Polymers Containing *peri*-Xanthenoxanthenes via Oxidative Cyclization of Binaphthols" *Macromolecules* **2009**, *42*, 1472-1475.

250. Chan, J. M. W.; Tischler, J. R.; Kooi, S. E.; Bulovic, V.; Swager, T. M. "Synthesis of J-Aggregating Dibenz[a,j]anthracene-Based Macrocycles" *J. Am. Chem. Soc.* **2009**, *131*, 5659-5666.

251. Dane, E. L.; Griffin, R. G.; Swager T. M. "Synthesis of a BDPA-TEMPO Biradical" *Org. Lett.* **2009**, *11*, 1871-1874.

252. Zhang, W.; Sprafke, J. K.; Ma, M.; Tsui, E. Y.; Sydlik, S. A.; Rutledge, G. C.; Swager, T. M. "Modular Functionalization of Carbon Nanotubes and Fullerenes" *J. Am. Chem. Soc.* **2009**, *131*, 8446–8454.

253. Zhang, W.; Shaikh, A. U.; Tsui, E. Y.; Swager, T. M. "Cobalt Porphyrin Functionalized Carbon Nanotubes for Oxygen Reduction" *Chem. Mater.* **2009**, *21*, 3234–3241.

254. Izuhara, D.; Swager, T. M. "Electroactive Block Copolymer Brushes on Multi-Walled Carbon Nanotubes" *Macromolecules* **2009**, *42*, 5416–5418.

255. Izuhara, D.; Swager, T. M. "Poly(Pyridinium Phenylene)s: Water Soluble N-Type Polymers" *J. Am. Chem. Soc.*, **2009**, *131*, 17724–17725.

256. Lobez, J. M.; Swager, T. M. "Radiation Detection: Resistivity Responses in Functional Poly (Olefin Sulfone)/Carbon Nanotube Composites" *Angew. Chem. Int. Ed.* **2010**, *49*, 95-98.

257. Song, C.; Swager, T. M. "Reactive Conducting Thiepin Polymers" *J. Org. Chem.* **2010**, *75*, 999-1005.

258. Wheeler, S. E.; McNeil, A. J.; Mueller, P.; Swager, T. M.; Houk, K. N. "Cycloadditions that Quantify Substituent Effects in Aryl-Aryl Interactions" *J. Am. Chem. Soc.* **2010**, *132*, 3304-3311.

259. Chan, J. M. W.; Kooi, S. E.; Swager, T. M. "Synthesis of Stair-stepped Polymers Containing Dibenz[*a,h*]anthracene Subunits" *Macromolecules* **2010**, *43*, 2789-2793.

260. VanVeller, B.; Miki, K.; Swager, T. M. "Rigid Hydrophilic Structures for Improved Properties of Conjugated Polymers in Water" *Org. Lett.* **2010**, *12*, 1292-1295.

261. Dane, E. L.; Swager, T. M. "Synthesis of a Water-soluble 1,3-*bis*(diphenylene)-2-phenylallyl (BDPA) Radical" *J. Org. Chem.* **2010**, *75*, 3533-3536.

262. Weizmann, Y.; Lim, J.; Chenoweth, D. M.; Swager, T. M. "Regiospecific Synthesis of Au-Nanorod/SWCNT/Au-Nanorod Heterojunctions" *Nano Lett.* **2010**, *10*, 2466-2469.

263. Lohr, A.; Swager, T. M. "Stabilization of the Nematic Mesophase by a Homogeneously Dissolved Conjugated Polymer" *J. Mater. Chem.* **2010**, *20*, 8107-8111.

264. Dane, E. L.; King, S. B.; Swager, T. M. "Conjugated Polymers that Respond to Oxidation with Increased Emission" *J. Am. Chem. Soc.* **2010**, *132*, 7758-7768.

265. Song, C.; Walker, D. B.; Swager, T. M. "Conducting Thiophene-Annulated Azepine Polymers" *Macromolecules*, **2010**, *43*, 5233–5237.

15

266. Levine, M.; Song, I.; Andrew, T. L.; Kooi, S. E.; Swager, T. M. "Photoluminescent Non-Förster Energy Transfer from Poly(phenyleneethynylene)s to a Series of Fluorophores" *J. Poly. Sci. A, Polymer Chem.* **2010**, *48*, 3382-3391.

267. VanVeller, B.; Swager, T. M. "Biocompatible Post-Polymerization Functionalization of a Water Soluble Poly(*p*-Phenylene Ethynylene)" *Chem. Commun.* **2010**, *46*, 5761-5763.

268. Lim, J.; Swager, T. M. "Fluorous Biphase Synthesis of a Poly(*p*-phenyleneethynylene) and its Fluorescent Aqueous Fluorous Phase Emulsion" *Angew. Chem. Int. Ed.* **2010**, *49*, 7486 –7488.

269. Albert-Seifried, S.; Finlayson, C. E.; Laquai, F.; Friend, R. H.; Swager, T. M.; Kouwer, P. H. J.; Jurícek, M.; Kitto, H. J.; Valster, S.; Nolte, R. J. M.; Rowan, A. E. "Multichromophoric Phthalocyanine–(Perylenediimide)₈ Molecules: A Photophysical Study" *Chem. Eur. J.* **2010**, 16, 10021–10029.

270. Esser, B.; Swager, T. M. "Detection of Ethylene Gas by Fluorescence Turn-On of a Conjugated Polymer" *Angew. Chem. Int. Ed.* **2010**, *49*, 8872-8875.

271. Dane, E. L.; Swager, T. M. "Carbanionic Route to Electroactive Carbon-Centered Anion and Radical Oligomers" *Org. Lett.* **2010**, *12*, 4324-4327.

272. Weizmann, Y.; Chenoweth, D. M.; Swager, T. M. "Addressable Terminally-Linked DNA-CNT Nanowires" *J. Am. Chem. Soc.* **2010**, *132*, 14009–14011.

273. Lobez, J. M.; Swager, T. M. "Disassembly of Elastomers: Poly (olefin sulfone) – Silicones with Switchable Mechanical Properties" *Macromolecules* **2010**, *43*, 10422–10426.

274. Andrew, T. L.; Cox, J. R.; Swager, T. M. "Synthesis, Reactivity and Electronic Properties of 6,6-Dicyanofulvenes" *Org. Letters* **2010**, *12*, 5302-5305.

275. Andrew, T. L. VanVeller, Swager, T. M. "The Synthesis of Azaperylene-9,10-dicarboximides" *Synlett* **2010**, 3045-3048.

276. Schnorr, J. M.; Swager, T. M. "Emerging Applications of Carbon Nanotubes" *Chem. Mater.* **2011**, *23*, 646–657.

277. Sydlik, S. A.; Chen, Z.; Swager, T. M. "Triptycene Polyimides: Soluble Polymers with High Thermal Stability and Low Refractive Indices" *Macromolecules*, **2011**, *44*, 976-980.

278. Izuhara, D.; Swager, T. M. "Bispyridinium-Phenylene-Based Copolymers: Low Band Gap n-Type Alternating Copolymers" *J. Mater. Chem.* **2011**, *21*, 3579-3584.

279. Weizmann, Y.; Chenoweth, D. M.; Swager, T. M. "DNA-CNT Nanowire Networks for DNA Detection" *J. Am. Chem. Soc.* **2011**, *133*, 3238–3241.

280. Schnorr, J. M.; Swager, T. M. "Wiring-up Catalytically Active Metals in Solution with Sulfonated Carbon Nanotubes" *J. Mater. Chem.* **2011**, *21*, 4768 – 4770.

281. Andrew, T. L.; Swager, T. M. "Thermally-Polymerized Rylene Nanoparticles" *Macromolecules* **2011**, *44*, 2276–2281.

282. Izuhara, D.; Swager, T. M. "Poly(3-Hexylthiophene)-*block*-Poly(Pyridinium Phenylene)s: Block Polymers of P- and N-Type Semiconductors" *Macromolecules* **2011**, *44*, 2678–2684.

283. Andrew, T. L.; Swager, T. M. "Selective Detection of Explosives Via Photolytic Cleavage of Nitroesters and Nitramines" *J. Org. Chem.* **2011**, *76*, 2976–2993.

284. Andrew, T. L.; Swager, T. M. "Structure-Property Relationships for Exciton Transfer in Conjugated Polymers" *J. Poly. Sci. B: Poly. Phys.* **2011**, *49*, 476-498.

285. Ramírez-Monroy, A.; Swager, T. M. "Metal Chelates Based on Isoxazoline[60]Fullerenes" *Organometallics* **2011**, *30*, 2464–2467.

286. Rotschild, C.; Tomes, M.; Mendoza, H.; Andrew, T. L.; Swager, T. M.; Carmon, T.; Baldo, M. A. "Cascaded Energy Transfer for Efficient Broad-Band Pumping of High-Quality, Micro-Lasers" *Adv. Mater.* **2011**, *23,* 3057–3060.

287. Parkhurst, R. R.; Swager, T. M. "Synthesis of 3,4-Bis(benzylidene)cyclobutenes" *Synlett* **2011**, 1519-1522.

16

288. Wang, F.; Swager, T. M. "Diverse Chemiresistors Based Upon Covalently Modified Multi-Walled Carbon Nanotubes" *J. Am. Chem. Soc.* **2011**, *133*, 11181–11193.

289. Collins, W. R.; Schmois, E.; Swager, T. M. "Graphene Oxide as an Electrophile for Carbon Nucleophiles" *Chem. Commun.* **2011**, *47*, 8790-8792.

290. Liu, S.; Müller, P. Takase, M. K.; Swager, T. M. ""Click" Synthesis of Heteroleptic Tris-cyclometalated Iridium(III) Complexes: Cu(I) Triazolide Intermediates as Transmetalating Reagents" *Inorganic Chemistry* **2011**, *50*, 7598–7609.

291. Collins, W. R.; Lewandowski, W.; Schmois, E.; Walish, J., Swager, T. M. "Claisen Rearrangement of Graphite Oxide:  A Route to Covalently Functionalized Graphenes" *Angew. Chem. Int. Ed. Engl.* **2011**, *50*, 8848-8852.

292. Cox, J. R.; Müller, P.; Swager, T. M. "Interrupted Energy Transfer: Highly Selective Detection of Cyclic Ketones in the Vapor Phase" *J. Am. Chem. Soc.* **2011**, *133*, 12910–12913.

293. Swager, T. M. "Functional Graphene:  Top-Down Chemistry of the π-Surface" *ACS Macro Letters* **2012**, *1*, 3-5.

294. VanVeller, B.; Robinson, D.; Swager, T. M. "Trypticene Diols: A Strategy for Planar π-Systems Demonstrated by the Catalytic Conversion of a PPE into a PPV" *Angew. Chem. Int. Ed.* **2012**, *51*, 1182-1186.

295. Dane, E. L.; Rizzato, E.; Stocker, P.; Corzilius, B.; Maly, T.; Smith, A. A., Griffin, R. G.; Ouari, O.; Tordo, P.; Swager, T. M. "Rigid Orthogonal bis-TEMPO Biradicals with Improved Solubility for Dynamic Nuclear Polarization" *J. Org. Chem.* **2012**, *77*, 1789-1797.

296. Lobez, J. M.; Andrew, T. L.; Bulovic, V.; Swager, T. M. "Side-Chain Functionalized Polythiophene Additives for Improved Efficiency in Bulk Heterojunction Solar Cells" *ACS Nano*, **2012**, *6*, 3044-3056.

297. Cox, J. R.; Igarashi, T.; Kang, H.; Swager, T. M. "Norbornadiene Endcapping of Cross-Coupling Polymerizations: A Facile Route to Triblock Polymers" *ACS Macro Letters*, **2012**, *1*, 334-337.

298. Kiessewetter, M. K.; Corzilius, B.; Smith, A. A.; Griffin, R. G.; Swager, T. M. "Dynamic Nuclear Polarization with a Water-soluble Rigid Biradical"  *J. Am. Chem. Soc.*  **2012**, *134*, 4537-4540.

299. Dionisio, M.; Schnorr, J. M.; Michaelis, V. K.; Griffin, R. G.; Swager, T. M. Dalcanale, R. "Cavitand-Functionalized SWCNTs for N-methylammonium Detection" *J. Am. Chem. Soc.* **2012**, *134*, 6540-6543.

300. Cordovilla, C.; Swager, T. M. "Strain Release in Organic Photonic Nanoparticles for Protease Sensing" *J. Am. Chem. Soc.*  **2012**, *134*, 6932–6935.

301. Esser, B.; Schnorr, J. M.; Swager, T. M. "Selective Detection of Ethylene Gas Using Carbon Nanotube based Devices: Utility in Determination of Fruit Ripeness" *Angew. Chem. Int. Ed.* **2012**, *51*, 5752-5756.

302. VanVeller, B.; Schipper, D. J.; Swager, T. M. "Polycyclic Aromatic Triptycenes: Oxygen Substitution Cyclization Strategies" *J. Am. Chem. Soc.*  **2012**, *134*, 7282–7285.

303. Takeda, Y.; Andrew, T. L.; Lobez, J. M.; Mork, A. J.; Swager, T. M. "An Air-stable Low Bandgap n-Type Organic Polymer Semiconductor Exhibiting Selective Solubility in Fluorous Solvents" *Angew. Chem. Int. Ed.* **2012**, *51*, 9042–9046.

304. Haze, O.; Corzilius, B.; Smith, A. A.; Griffin, R. G.; Swager, T. M. "Water–Soluble Narrow Line Radicals for Dynamic Nuclear Polarization" *J. Am. Chem. Soc.* **2012**, *134* 14287-14290.

305. Parkhurst, R. R.; Swager, T. M. "Synthesis and Optical Properties of Phenylene-Containing Oligo-acenes (POAs)" *J. Am. Chem. Soc.* **2012**, *134*, 15351-15356.

306. Batson, J. M.; Swager, T. M. "Poly(para-arylene)s via [2+2+2]" *ACS Macro Lett.* **2012**, *1*, 1121-1123

307. Mirica, K. A.; Weis, J. G., Schnorr, J. M.; Esser, B.; Swager T. M. "Mechanical Drawing of Gas Sensors on Paper" *Angew. Chem. Int. Ed.* **2012**, *51*, 10740-10745.

308. Zhong, Y. L.; Swager, T. M. "Enhanced Electrochemical Expansion of Graphite" *J. Am. Chem. Soc.* **2012**, *134*, 17896-17899.

309. Bonillo, B.; Swager, T. M. "Chain-Growth Polymerization of 2-Chlorothiophenes Promoted by Lewis Acids" *J. Am. Chem. Soc.* **2012**, *134*, 18916-18919.

310. Cox, J. R.; Simpson, J. H.; Swager, T. M. "Photoalignment Layers for Liquid Crystals from the Di-π-Methane Rearrangement" *J. Am. Chem. Soc.* **2013**, *135*, 640-643.

311. Sydlik, S. A.; Swager, T. M. "Functional Graphenic Materials via a Johnson-Claisen Rearrangement" *Adv. Mater.* **2013**, *23*, 1873-1882.

312. Gupta, M. L.; Sydlik, S. A.; Schnorr, J. M.; Woo, D. J.; Osswald, S.; Swager, T. M.; Raghavan, D. "The Effect of Mixing Methods on the Dispersion of Carbon Nanotubes During the Solvent-Free Processing of Multi-Walled Carbon Nanotube/Epoxy Composites" *J. Poly. Sci., B Poly. Phys.* **2013**, *51*, 410-420.

313. Michaelis, V. K.; Smith, A. A.; Corzilius, B.; Haze, O.; Swager, T. M.; Griffin, R. G. "High-Field $^{13}$C DNP with a Radical Mixture" *J. Am. Chem. Soc.* **2013**, *135*, 2935-2938.

314. Han, G. D.; Collins, W. R.; Andrew, T. L.; Bulović, B.; Swager, T. M. "Cyclobutene–$C_{60}$ Adducts: N-Type Materials for Organic Photovoltaic Cells with High $V_{OC}$" *Adv. Funct. Mater.* **2013**, *23*, 3061-3069.

315. Sydlik, S. A.; Delgado, P. A.; Inomata, S.; VanVeller, B.; Yang, Y.; Swager, T. M.; Wagener, K. B. "Triptycene-Containing Polyetherolefins via Acyclic Diene Metathesis Polymerization" *J. Poly. Sci., A. Polymer Chemistry* **2013**, *51*, 1695–1706.

316. Ong, T.-C.; Mak-Jurkauskas, M. L.; Walish, J. J.; Michaelis, V. K.; Corzilius, B.; Smith, A. A.; Clausen, A. M.; Cheetham, J. C.; Swager, T. M.; Griffin, R. G. "Solvent-Free Dynamic Nuclear Polarization of Amorphous and Crystalline Ortho-Terphenyl" *J. Phys. Chem. C* **2013**, *117*, 3040-3046.

317. Ni, Q. Z.; Daviso, E.; Can, T. V.; Markhasin, E.; Jawla, S. K.; Swager, T. M.; Temkin, R. J.; Herzfeld, J. Griffin, R. G. "High Frequency Dynamic Nuclear Polarization" *Acc. Chem. Res.* **2013**, *46*, 1933-1941.

318. Schnorr, J. M.; van der Zwaag, D.; Walish, J. J.; Weizmann, Y.; Swager, T. M. "Sensory Arrays of Covalently Functionalized Single-Walled Carbon Nanotubes for Explosive Detection" *Adv. Funct. Mater.* **2013**, *23*, 5285-5291.

319. Sydlik, S. A.; Lee, J.-H., Walish, J. J.; Thomas, E. L.; Swager, T. M. "Epoxy Functionalized Multi-Walled Carbon Nanotubes for Enhanced Adhesives" *Carbon*, **2013**, *59*, 109-120.

320. Den Boer, D.; Krikorian, M.; Esser, B.; Swager, T. M. "STM Study of Gold(I) Pyrazolates: Distinct Morphologies, Layer Evolution, and Cooperative Dynamics" *J. Phys. Chem. C.* **2013**, *117*, 8290–8298.

321. de Oliveria, H. P.; Sydlik, S. A.; Swager, T. M. "Supercapacitors from Free-Standing Polypyrrole/Graphene Nanocomposites" *J. Phys. Chem. C*, **2013**, *117*, 10270−10276.

322. Calisi, N.; Giuliani, A.; Alderighi, M.; Schnorr, J. M.; Swager, T. M.; Di Francesco, F.; Pucci, A. "Factors Affecting the Dispersion of MWCNTs in SEBS Copolymer" *European Poly. J.* **2013**, *49*, 1471-1478.

323. Frazier, K. M.; Swager, T. M. "Robust Cyclohexanone Selective Chemiresistors based on Single-Walled Carbon Nanotubes" *Anal. Chem.* **2013**, *85*, 7154–7158.

324. Rochat, S.; Swager, T. M. "Conjugated Amplifying Polymers for Optical Sensing Applications" *ACS Adv. Mat. & Interfaces* **2013**, *5*, 4488-4502.

325. Mirica, K. A.; Azzarelli, J. M.; Weis, J. G.; Schnorr, J. M., Swager, T. M. "Rapid Prototyping of Carbon-Based Chemiresistive Gas Sensors on Paper" *Proc. Natl. Acad. Sci.* **2013**, *110*, E3265-E3270.

326. Ahmed, E.; Morton, S. W.; Hammond, P. T.; Swager, T. M. "Fluorescent Multiblock Conjugated Polymer Nanoparticles for *in Vivo* Tumor Targeting" *Adv. Mater.* **2013**, *25*, 4504-4510.

327. Frantz, D. K.; Walish, J. J.; Swager, T. M. "Synthesis and Properties of the 5,10,15-Trimesityltruxen-5-yl Radical" *Org. Lett.* **2013**, *15*, 4782–4785.

328. Neal, K. L.; Shakerdge, N. B.; Hou, S. S.; Klunk, W. E.; Mathis, C. A.; Nesterov, E. E.; Swager, T. M.; McLean, P. J.; Bacskai, B. J. "Development and Screening of Contrast Agents for In Vivo Imaging of Parkinson's Disease" *Mol. Imag. & Bio.* **2013**, *15*, 585-595.

329. Batson, J.; Swager, T. M. "Towards a Perylene-containing Nanohoop" *Synlett.* **2013** *24*, 2545-2549.

330. Rochat, S.; Swager, T. M. "Water-Soluble Cationic Conjugated Polymers: Response to Electron-Rich Bioanalytes" *J. Am. Chem. Soc.* **2013**, *135*, 17703-17706.

331. Zhao, Y.; Swager, T. M. "Detection and Differentiation of Neutral Organic Compounds by $^{19}$F NMR with a Tungsten Calix[4]arene Imido Complex" *J. Am. Chem. Soc.* **2013**, *135*, 18770-18773.

332. Simocko, C.; Yang, Y.; Swager, T. M.; Wagener, K. B. "Metathesis Step-Growth Polymerizations in Ionic Liquid" *ACS Macro Letters*, **2013**, *2*, 1061-1064.

333. Smith, A. A.; Corzilius, B.; Haze, O.; Swager, T. M.; Griffin, R. G. "Observation of Strongly Forbidden Solid Effect Dynamic Nuclear Polarization Transitions via Electron-Electron Double Resonance Detected NMR" *J. Chem. Phys.* **2013**, *139*, 214201.

334. Saetia, K.; Schnorr, J. M.; Mannarino, M. M.; Kim, S. Y.; Rutledge, G. C.; Swager, T. M.; Hammond, P. T. "Spray Layer-by-Layer Carbon Nanotube/Electrospun Fiber Electrodes for Flexible Chemiresistive Sensor Applications" *Adv. Funct. Mater.* **2014**, *24*, 492-502.

335. Goods, J. B.; Sydlik, S. A.; Walish, J. J.; Swager, T. M. "Phosphate Functionalized Graphene with Tunable Mechanical Properties" *Adv. Mater.* **2014**, *26*, 718-723.

336. Yost, S. R.; Lee, J.; Wilson, M. W. B.; Wu, T.; McMahon, D. P.; Parkhurst, R. R.; Thompson, N. J.; Congreve, D. N.; Rao, A.; Johnson, K.; Sfeir, M. Y.; Bawendi, M. G.; Swager, T. M.; Friend, R. H.; Baldo, M. A.; Van Voorhis, T. "A Transferable Model For Singlet Fission Kinetics" *Nature Chem.* **2014**, *6*, 492-497.

337. den Boer, D.; Han, G. D.; Swager, T. M. "Templating Fullerenes by Domain Boundaries of a Nanoporous Network" *Langmuir*, **2014**, *30*, 762–767.

338. Michaelis, V. K.; Ong, T.-C.; Kiesewetter, M. K.; Frantz, D. K., Walish, J. J.; Ravera, E.; Luchinat, C.; Swager, T. M.; Griffin, R. G. "Topical Developments in High-Field Dynamic Nuclear Polarization" *Israel J. Chem.* **2014**, *54*, 207 – 221.

339. Kiesewetter, M. K.; Michaelis, V.; Walish, J. J.; Griffin, R. G.; Swager, T. M. "High Field Dynamic Nuclear Polarization NMR with Surfactant Sheltered Biradicals" *J. Phys. Chem. B*, **2014**, *118*, 1825–1830.

340. Krikorian, M.; Liu, S.; Swager, T. M. "Mechanochromism and Columnar Liquid Crystallinity in Cationic Pt Complexes" *J. Am. Chem. Soc.* **2014**, *136*, 2952–2955.

341. Ravnsbaek, J. B.; Swager, T. M. "Mechanochemical Synthesis of Poly(phenylene vinylenes)" *ACS MacroLett.* **2014**, *3*, 305-309.

342. Azzarelli, J. M.; Goods, J. B.; Swager, T. M. "Study of Two Papyrus Fragments with Fourier Transform Infrared Microspectroscopy" *Harvard Theological Rev.* **2014**, *107*, 165-165.

343. Schipper, D. J.; Moh, L. C. H.; Müller, P.; Swager, T. M. "Dithiolodithiole: A New Building Block for Conjugated Materials" *Angew. Chem. Int. Ed.* **2014**, 53, 5847-5851.

19

344. Zhao, Y.; Markopoulos, G.; Swager, T. M. "[19]F NMR Fingerprints: Identification of Neutral Organic Compounds in a Molecular Container" *J. Am. Chem. Soc.* **2014**, *136*, 10683-10690.

345. Forrest, W. P.; Weis, J. G.; John, J. M.; Axtell, J. C.; Simpson, J. H.; Swager, T. M.; Schrock, R. R. "Stereospecific Ring-Opening Metathesis Polymerization of Norbornadienes Employing Tungsten Oxo Alkylidene Initiators" *J. Am. Chem. Soc.* **2014**, *136*, 10910-10913.

346. den Boer, D.; Weis, J. G.; Zuniga, C. A.; Sydlik, S. A., Swager, T. M. "Apparent Roughness as Indicator of (Local) Deoxygenation of Graphene Oxide" *Chem. Mater.* **2014**, *26*, 4849-4855.

347. Frazier, K. M., Mirica, K. A.; Walish, J. J.; Swager, T. M. "Drawing Sensors on Chips: Deposition of Carbon-Based Materials on Diverse Surfaces by Mechanical Abrasion" *Lab on a Chip* **2014**, *14*, 4059 – 4066.

348. Rochat, S.; Swager, T. M. "Fluorescence Sensing of Amine Vapors using a Cationic Conjugated Polymer Combined with Various Anions" *Angew. Chem. Int. Ed.* **2014**, *53*, 9792-9796.

349. Can, T. V.; Caporini, M. A.; Mentink-Vigier, F.; Corzilius, B; Walish, J. J.; Rosay, M.; Maas, W. E.; Baldus, M.; Vega, S.; Swager, T. M.; Griffin, R. R. "Overhauser Effects in Insulating Solids" *J. Chem. Phys.* **2014**, *141*, 064202.

350. Sletten, E. M.; Swager, T. M. "Fluorofluorophores: Fluorescent Fluorous Chemical Tools Spanning the Visible Spectrum" *J. Am. Chem. Soc.* **2014**, *136*, 13574–13577.

351. Azzarelli, J. M., Mirica, K. A., Ravnsbæk, J. B.; Swager, T. M. "Wireless Gas Detection with a Smartphone via RF Communication" *Proc. Nat. Acad. Sci.* **2014**, *111*, 18162-18166.

352. Koo, B.; Sletten, E. M.; Swager, T. M. "Functionalized Poly(3-hexylthiophene)s via Lithium-Bromine Exchange" *Macromolecules*, **2015**, *48*, 229-235.

353. Weis, J. G.; Swager, T. M. "Thiophene-fused Tropones as Chemical Warfare Agent-Responsive Building Blocks" *ACS Macro Lett.*, **2015**, *4*, 138-142.

354. Zarzar, L. D.; Sresht, V.; Sletten, E. M.; Kalow, J. A.; Blankschtein, D.; Swager, T. M. "Dynamically Reconfigurable Complex Emulsions via Tunable Interfacial Tensions" *Nature*, **2015**, *518*, 520-524.

355. Campbell, M. G.; Sheberla, D.; Liu, S. F.; Swager, T. M.; Dincă, M. "Chemiresistive Sensing with $Cu_3$(hexaiminotriphenylene)$_2$, an Electrically Conductive 2D Metal–Organic Framework" *Angew. Chem. Int. Ed.* **2015**, *54*, 4349-4352.

356. Zhao, Y.; Swager, T. M. "Simultaneous Chirality Sensing of Multiple Amines by [19]F NMR" *J. Am. Chem. Soc.* **2015**, *137*, 3221-3224.

357. Liu, S. F.; Moh, L. C. H.; Swager, T. M. "Single-Walled Carbon Nanotube-Metalloporphyrin Chemiresistive Gas Sensor Arrays for Volatile Organic Compounds" *Chem. of Mater.* **2015**, *27*, 3560-3563.

358. Liu, S. F.; Petty, A. R.; Sazama, G. T.; Swager, T. M. "Single-walled Carbon Nanotube-Metalloporphyrin Composites for the Chemiresistive Detection of Amines and Meat Spoilage" *Angew. Chem. Int. Ed.* **2015**, *54*, 6554-6557.

359. Zhao, Y.; Swager, T. M. "Functionalized Metallated Cavitands via Imidation and Late-Stage Elaboration" Euro. J. Org. Chem. **2015**, 4593–4597.

360. Biver, T.; Criscitiello, F.; Di Francesco, F.; Minichino, M.; Swager, T.; Pucci, A. "MWCNT/Perylene Bisimide Water Dispersions for Miniaturized Temperature Sensors" *RSC Adv.,* **2015**, *5*, 65023–65029.

361. Van Can, T.; Walish, J. J.; Swager, T. M.; Griffin, R. G. "Time Domain DNP with the NOVEL Sequence" *J. Chem. Phys.* **2015**, *143*, 054201.

362. Kawazumi, K.; Wu. T.; Chae, H. S.; Van Voorhis, T.; Baldo M. A.; Swager, T. M. "Thermally Activated Delayed Fluorescence Materials Based on Homo-conjugation Effect of Donor-acceptor Triptycenes" *J. Am. Chem. Soc.* **2015** *137*, 11908–11911.

20

363. Niroui, F.; Wang, A. I.; Sletten, E. M.; Yablonovitch, E.; Swager, T. M.; Lang, J. H.; Bulović, V. "Design for Tunneling Nanoelectromechanical Switches Based on Molecular Thin-Films", *ACS Nano* **2015**, *9*, 7886–7894

364. Campbell, M. G.; Liu, S. F; Swager, T. M.; Dincă, M. "Chemiresistive Sensor Arrays from Conductive 2D Metal–Organic Frameworks" *J. Am. Chem. Soc.* **2015** *137*, 13780-13783.

365. Kalow, J. A.; Swager, T. M. "Synthesis of Miktoarm Branched Conjugated Copolymers by ROMPing In and Out" *ACS MarcoLett* **2015**, *4*, 1229-1233.

366. Belger, C.; Weis, J. G.; Ahmed, E.; Swager, T. M. "Colorimetric Stimuli-Responsive Hydrogel Polymers for the Detection of Nerve Agents" *Macromolecules* **2015**, *48*, 7990-7994.

367. Gutierrez, G. D.; Coropceanu, I.; Bawendi, M. G.; Swager, T. M. "A Low Reabsorbing Luminescent Solar Concentrator Employing π-Conjugated Polymers" *Adv. Mater.* **2015**, *28*, 497-501.

368. Zhao, Y.; Chen, L.; Swager, T. M. "Simultaneous Identification of Neutral and Anionic Species in Complex Mixtures without Separation" *Angew. Chem. Int. Ed.* **2016**, *55,* 917-921.

369. Han, G. D.; Maurano, A.; Weis, J. G.; Bulović, V.; Swager, T. M. "$V_{OC}$ Enhancement in Polymer Solar Cells with Isobenzofulvene–$C_{60}$ Adducts" *Organic Electro.* **2016**, *31*, 48-55.

370. Fennell, J. F.; Liu, S. F.; Azzarelli, J. M.; Weis, J. G.; Rochat, S.; Mirica, K. A.; Ravnsbæk J. B.; Swager, T. M. "Nanowire Chemical/Biological Sensors: Status and a Roadmap for the Future" *Angew. Chem. Int. Ed.* **2016**, *55*, 1266-1281.

371. Bertani, F.; Riboni, N.; Bianchi, F.; Brancatelli, G.; Sterner, E. S.; Pinalli, R.; Geremia, S.; Swager, T. M.; Dalcanale, E. "Roofed Triptycene Quinoxaline Cavitands as Superior SPME Coatings for Supramolecular Detection of BTEX in Air" *Chem. Euro. J.* **2016**, *22*, 3312-3319.

372. Im, J.; Sterner, E. S.; Swager, T. M. "Integrated Cellulose Concentrator/SWCNT Gas Sensors for Benzene, Toluene, and Xylenes" *Sensors* **2016**, *16*, 183.

373. Zuniga, C. A.; Goods, J. B.; Cox, J. R.; Swager, T. M. "Long-Term High Temperature Stability of Functionalized Graphene Oxide Nanoplatelets in Arab-D and API Brine" *ACS Appl. Mater. Interfaces,* **2016**, *8*, 1780–1785.

374. Weis, J. G.; Ravnsbæk, J. B.; Mirica, K. A.; Swager. T. M. "Employing Halogen Bonding Interactions in Chemiresistive Gas Sensors" *ACS Sensors* **2016**, *1*, 115-119.

375. Liu, S. F.; Lin, S.; Swager, T. M. "An Organocobalt-Carbon Nanotube Chemiresistive Carbon Monoxide Detector" *ACS Sensors* **2016**, *1*, 354-357.

376. Chang, S.; Han, G. D.; Weis, J. G.; Park, H.; Hentz, O.; Zhao, Z.; Swager, T. M.; Gradečak, S. "Transition Metal-Oxide Free Perovskite Solar Cells Enabled by a New Organic Charge Transport Layer" *ACS Appl. Mater. Interfaces,* **2016**, *8*, 8511–8519.

377. Willis-Fox, N.; Belger, C.; Swager, T. M. "Threading the Needle: Poly-*pseudo*-rotaxanes with Enhanced Fluorescence and Size-Exclusion based Sensing" *Chem. Mater.* 2016, *28*, 2685-2691.

378. Sletten, E. M.; Swager, T. M. "Readily Accessible Multifunctional Fluorous Emulsions" *Chem. Sci.* 2016, 7, 5091-5097.

379. Ishihara, S.; Azzarelli, J. M.; Swager T. M. "Ultratrace Detection of Toxic Chemicals: Triggered Disassembly of Supramolecular Nanotube Wrappers" *J. Am. Chem. Soc.* **2016**, *138*, 8221-8227.

380. Gutierrez, G. D.; Sazama, G. T.; Wu, T.; Baldo, M. A.; Swager, T. M. "Red Phosphorescence from Benzo[2,1,3]thiadiazoles at Room Temperature" *J. Org. Chem.* **2016**, *81*, 4789-4796.

381. Koo, B.; Swager, T. M. "Highly Emissive Excimers by 2D Compression of Conjugated Polymers" *ACS Macro Lett.* **2016**, *5*, 889-893.

382. Yoon, B.; Liu, S. F.; Swager, T. M. "Surface-Anchored Poly(4-vinylpyridine)–Single-Walled Carbon Nanotube–Metal Composites for Gas Detection" *Chem. Mater.*, **2016**, *28*, 5916-5924.

383. Krikorian, M.; Voll, C.-C. A.; Yoon, M.; Venkatesan, K.; Kouwer, P. H. J.; Swager, T. M. "Smectic A Mesophases from Luminescent Sandic Platinum(II) Mesogens" *Liquid Crystals* **2016**, *43*, 1709-1713.

384. Zhu, R.; Azzarelli, J. M.; Swager, T. M. "Wireless Hazard Badges for Nerve Agent Simulants" *Angew. Chem. Int. Ed.* **2016**, *55*, 9662–9666.

385. Zhao, Y., Rocha, S. V.; Swager, T. M. "Mechanochemical Synthesis of Extended Iptycenes" *J. Am. Chem. Soc.* **2016**, *138*, 13834-13837.

386. He, M.; Swager, T. M. "Covalent Functionalization of Carbon Nanomaterials with Iodonium Salts" *Chem. Mater.* **2016**, *28*, 8542-8549.

387. Luppino, S. P.; Swager, T. M. "Differentially Substituted Phenylene-Containing Oligoacene Derivatives" *Synlett* **2017**, *28*, 323-326.

388. Zarzar, L. D.; Kalow, J. A.; He. X.; Walish, J. J.; Swager, T. M. "Optical Visualization and Quantification of Enzyme Activity using Dynamic Droplet Lenses" *Proc. Nat. Acad. Sci.* **2017**, *115*, 3821-3825.

389. Ong, W. J.; Bertani, F.; Dalcanale, E.; Swager, T. M. "Redox Switchable Thianthrene-Cavitands" *Synthesis* **2017**, *49*, 358-364.

390. Nagelberg, S.; Zarzar, L. D.; Nicholas, D.; Subramanian, K.; Kalow, K. A.; Sresht, V.; Blankschtein, D.; Barbastathis, G. Kreysing, M.; Swager, T. M.; Kolle, M. "Reconfigurable and Responsive Droplet-based Compound Micro-Lenses" *Nature Comm.* **2017**, *8*, 14673.

391. Koo, B.; Swager, T. M. "Interfacial Pressure/Area Sensing: Dual-Fluorescence of Amphiphilic Conjugated Polymers at Water Interfaces" *ACS Macro Lett.* **2017**, 134-138.

392. He, Y.; Savagatrup, S.; Zarzar, L. D.; Swager, T. M. "Interfacial Polymerization on Dynamic Complex Colloids: Creating Stabilized Janus Droplets" *ACS Appl. Mater. Interfaces*, **2017**, *9*, 7804–7811.

393. Swager, T. M. "Impedance for Endocrine Disruption Compounds" *ACS Central Sci.* **2017**, *3*, 99-100.

394. Tsujimoto, H.; Ha, D.-G., Markopoulos, G.; Chae, H. S.; Baldo, M. A.; Swager, T. M. "Thermally Activated Delayed Fluorescence and Aggregation Induced Emission with Through-Space Charge Transfer" *J. Am. Chem. Soc.* **2017**, *139*, 4894-1900.

395. Zhang, Q.; Savagatrup, S.; Kaplonek, P.; Seeberger, P. H.; Swager, T. M. "Janus Emulsions for the Dectection of Bacteria" *ACS Central Science* **2017**, *3*, 309-313.

396. Sha, S.-C.; Zhu, R.; Herbert, M. B.; Kalow, J. A.; Swager, T. M. "Chemical Warfare Simulant-Responsive Polymer Nanocomposites: Synthesis and Evaluation" *J. Poly. Sci. A Poly. Chem.* **2017**, DOI: 10.1002/pola.28580

397. Dengiz, C.; Swager, T. M. "Homoconjugated and Spiro Push–Pull Systems: Cycloadditions of Naphto- and Anthra-diquinones with Electron-Rich Alkynes" *Synlett* **2017**, in press.

398. Can, T. V.; Weber, R. T.; Walish, J. J.; Swager, T. M.; Griffin, R. G. "Ramped-Amplitude NOVEL" *Journal of Chemical Physics* **2017**, *146*, 154204

399. Can, T.V.; Web, R.T.; Walish, J. J.; Swager, T.M.; Griffin, R.G. "Frequency-Swept Integrated Solid Effect" *Angew. Chem. Int. Ed.* **2017**, *56*, 6744–6748.

400. Swager, T. M. "Conducting/Semiconducting Conjugated Polymers: A Personal Perspective on the Past and the Future" *Macromolecules* **2017**, *In press*

401. Schleper, A. L.; Voll, C.-C. A.; Engelhart, J. U.; Swager, T. M. "Iptycene Containing Azaacenes with Tunable Luminescence" *Synlett* **2017**, *In press*

402. Dengiz, C.; Luppino, S. P.; Gutierrez, G. D.; Swager, T. M. "Naphthazarin-Polycyclic Conjugated Hydrocarbons and Iptycenes" *J. Org. Chem.* **2017**, *In press*

403. Nitti, A.; Bianchi, G.; Po, R.; Swager, T. M.; Pasini, D. "Domino Direct Arylation and Cross-Aldol for Rapid Construction of Extended Polycyclic π-Scaffolds" *J. Am. Chem. Soc.* **2017**, in press.

404. Voll, C.-C. A.; Engelhart, J. U.; Einzinger, M.; Baldo, M. A.; Swager, T. M. "Donor-Acceptor Iptycenes with Thermally Activated Delayed Fluorescence" *Eur. J. Org. Chem.* **2017**, *In press*

405. Zhu, R.; Desroches, M.; Yoon, B.; Swager, T. M. "Wireless Oxygen Sensors Enabled by Fe(II)- Polymer Wrapped Carbon Nanotubes" *Under Review*

406. Soylemez, S.; Yoon, B.; Toppare, L.; Swager, T. M. "Quaternized Polymer–Single-Walled Carbon Nanotube Scaffolds for a Chemiresistive Glucose Sensor" *Under Review*

407. Ishihara, S.; O'Kelly, C. J. O.; Tanaka, T.; Kataura, H.; Labuta, J.; Nakanishi, T.; Swager, T. M. "Metallic vs. Semiconducting SWCNT Chemiresistors: A Case for Separated SWCNTs Wrapped by Metallo-Supramolecular Polymer" *Under Review*

408. Paoletti; C. He, M; Salvo, P.; Melai, B..; Calisi, N.; Pucci, A.; Swager, T. M.; Di Francesco, F. "Room Temperature Amine Sensors Enabled by Sidewall Functionalization of Carbon Nanotubes" *Under Review*

409. Huang, W.; Einzinger, M.; Zhu, T.; Chae, H. S.; Jeon, S.; Lee, S. Y.; Ihn, S.-G.; Sim, M.; Kim, S..; Su, M.; Teverovskiy, G.; Wu, T.; Van Voorhis, T.; Swager, T. M.; Baldo, M. A.; Buchwald, S. L. "Molecular Design of Deep Blue Thermally Activated Delayed Fluorescence Materials Employing Homoconjugation and Dihedral Angle Engineering" *Under Review*

410. Moh, L. C. H.; Goods, J. B.; Swager, T. M. "Free Volume Enhanced Proton Exchange Membranes from Sulfonated Triptycene Poly(Ether Ether Ketone)" *Under Review*

411. Jeon, I., Yoon, B.; He, M.; Swager, T. M. "A Hyperstage Graphite Intercalation Compound: Electrochemical Synthesis and Reactivity" *Under Review*

**Proceedings**
>70 additional manuscripts have been published in proceedings volumes.

## BOOK CHAPTERS

Swager, T. M.; Xu, B. "Liquid Crystalline Calixarenes" pages 389-398. in *Calixarenes 50th Anniversary: Commemorative Issue* Vicens, J.; Asfari, Z.; Harrowfield, J. M. (Eds.) Kluwer Academic Publishers, Holland, 1994

Kuroda, K.; Swager, T. M. "Self-Amplifying Sensory Materials: Energy Migration in Polymer Semiconductors" pages 127-134 in *Mission and Challenges of Polymer Science and Technology*, Horie, K.; Abe, A. (Eds.), Wiley-VCH: Weinheim, 2003

Swager, T. M. "Polymer Electronics for Explosives Detection" pages 29-38 in *Electronic Noses and Sensors for the Detection of Explosives,* Gardner J.; Yinon, J., (Eds.) NATO Science Series II: Mathematics, Physics and Chemistry, 2004

Tovar, J. D.; Swager, T. M. "Synthesis of Tunable Electrochromic and Fluorescent Polymers" Chapter 28, pp 368-376 in *Chromogenic Phenomena in Polymers,* Jenekhe, S. A.; Kiserow, D. J. (Eds.) *ACS Symposium Series*, Volume 888, 2004

Swager, T. M. "Semiconducting Poly(arylene ethylene)s" pages 233-258 in *Acetylene Chemistry: Chemistry, Biology, and Materials Science*, Diederich, F.; Stang, P. J.; Tykwinski, R. R. (Eds.) Wiley-VCH 2005

Swager, T. M. "Realizing the Ultimate Amplification in Conducting Polymer Sensors: Isolated Nanoscopic Pathways" pages 29-44 in *Redox Systems Under Nano-Space Control*, Hirao, T. (Ed.) Springer-Verlag Berlin Heidelberg 2006

Ho, J.; Rose, A.; Swager, T.; Bulovic, V. "Solid-State Chemosensitive Organic Devices for Vapor-Phase Detection" Chapter 5, pages 141-180 in *Organic Semiconductors in Sensor Applications*, Bernards, D. A.; Owens, R.; Malliaras, G. G. Springer-Verlag Berlin Heidelberg 2007

Thomas, S. W., III; Swager, T. M. "Detection of Explosives Using Amplified Fluorescent Polymers" pages 203-220 in *Detection of Illicit Chemicals and Explosives*; Oxley, J. C.; Marshall, M., (Eds.) Elsevier: New York, 2008.

VanVeller, B.; Swager, T. M. "Poly(aryleneethynylene)s" pages 175–200 in *Design and Synthesis of Conjugated Polymers*, M. Leclerc, J. Morin (Eds.) Wiley-VCH: Weinheim, 2010.

Andrew, T. L.; Swager, T. M. "Exciton Transport through Conjugated Molecular Wires" Chapter 10, pages 273-310 in *Charge and Exciton Transport through Molecular Wires* Siebbeles, L. D. A.; Grozema, F. C. (Eds.) Wiley-VCH: Weinheim 2010

Levine, M.; Swager, T. M. "Conjugated Polymer Sensors: Design, Principles, and Biological Applications" Chapter 4, Pages 81-133, in *Functional Supramolecular Architectures: for Organic Electronics and Nanotechnology* Vol. 1 Samori, P.; Cacialli, F. (Eds.) Wiley-VCH: Weinheim 2010

## US PATENTS (SOME INVENTIONS HAVE RESULTED IN INTERNATIONAL PATENTS)

1. Grubbs, R. H. and Swager, T. M.; "Ring-Opening Polymerization of 3,4-Dimethylene Cyclobutene Derivatives," U.S. patent 4645814.
2. Grubbs, R. H., Dougherty, D. A., Swager, T. M., and Ginsburg, E. J.; "Synthesis of Polyacetylene From High Energy Polymer Formed by Ring-Opening Metathesis Polymerization," U.S. Patent 5,026,783 (10/24/88)
3. Swager, T. M.; Xu, B. "Calixarene-Based Transition Metal Complexes and Photonic Devices Comprising the Same" U.S. Patent 5,453,220 (1/29/93)
4. Swager, T. M.; Marsella, M. J. "Derivatized Polythiophenes and Devices Comprising Same" U.S. Patent 5,519,147 (2/23/95)
5. Epstein, A. J.; Wang, Y.; Gebler, D. D.; Swager, T. M. "Electroluminescence in Light Emitting Polymers Featuring Deaggregated Polymers" U.S. Patent. 6,623,870 (7/29/97)
6. Epstein, A. J.; Wang, Y.; Gebler, D. D.; Swager, T. M. "Electroluminescence in Light Emitting Polymers Featuring Deaggregated Polymers" U.S. Patent. 6,962,757 (9/27/03)
7. Swager, T. M.; Kingsborough, R. P.; Zhu, S. "Conducting Polymer Hybrid Materials and Sensors" U.S. Patent 6,323,309 (12/01/98)
8. Swager, T. M. et al "Stable Chemically Sensitive Fluorescent Polymer Films" U.S. Patent. 60/084.247 (5/5/98), European Patent 99921696.3: Application No. 10/324,064 (12/18/02)

9. Swager, T. M. "Insulated Nanoscopic Pathways, Compositions, and Devices of the Same" U.S. Patent 7,186,355 (2/4/01)
10. Swager, T. M.; Long, T. M., Zhu; Z. "Polymers with High Internal Free Volume" U.S. Patent 6,783,814 (9/21/01)
11. Swager, T. M.; Long, T. M., Zhu; Z. "Polymers with High Internal Free Volume" U.S. Patent 7,494,698 (1/26/04)
12. Variy; R. V.; Heffernan; M.; Buchwald, S. L.; *Swager, T. M.* "Stereoisomers of p-Hydroxy-Milnacipran, and Methods of use Thereof" U.S. Patent 7,038,085 (10/22/03)
13. Swager, T. M.; Yang, J.-S.; Williams, V.; Miao, Y.-J.; Lugmair, C. G.; Levitsky, I. A.; Kim, J.; Deans, R. "Emissive Polymers and Devices Incorporating These Polymers" US Patent 7,208,122 (4/24/07)
14. Swager, T. M.; Yang, J.-S.; Williams, V.; Miao, Y.-J.; Lugmair, C. G.; Levitsky, I. A.; Kim, J.; Deans, R. "Emissive Polymers and Devices Incorporating These Polymers" US Patent 7,662,309 (10/17/05)
15. Swager, T. M.; Yang, J.-S.; Williams, V.; Miao, Y.-J.; Lugmair, C. G.; Levitsky, I. A.; Kim, J.; Deans, R. "Emissive Polymers and Devices Incorporating These Polymers" US Patent 7,393,503 (10/17/05)
16. Madden, J. D.; Pullen, A. E.; Yu, H.-H.; Hunter, I. A.; Anquetil, P.; Madden, P.; Swager, T. M. "Molecular Actuators and Methods of Use Thereof" U.S. Patent 7,138,075 (11/21/06)
17. Anquetil, P.; Hunter, I. A.; Madden, J. D; Madden, P.; Pullen, A. E.; Swager, T. M.; Yu, H.-H.; Xu, B. "Molecular Actuators and Methods of Use Thereof" U.S. Patent 7,658,868 (11/21/06)
18. Swager, T. M.; Zahn, S. "Emissive, High Charge Transporting Polymers" US Patent 7,041,910 (7/15/03)
19. Swager, T. M. "Reversible Resititivity-Based Sensors" US Patent 7,291,503 (11/6/07)
20. Buchwald, S. L.; Swager, T. M.; Variy, R. V. "Methods for the Synthesis of Milnacipran and Congeners Thereof" US Patent 7,309,799 (04/01/05)
21. Hirsh, J.; Kibanov, A. M.; Swager, T. M.; Buchwald, S. L.; Lo, W. Y.; Fleming, A. B.; Variy, R. V. "Abuse-Deterrent Pharmaceutical Compositions of Opiods and Other Drugs" US Patent 7,399,488 (7/15/2008)
22. Swager, T. M.; Zhang, S. –W. "Fluorescent Sensors for Detection of Chemical Warfare Agents and Fluoride Ion" US Patent 8,367,001 (04/12/2004)
23. Swager, T. M.; Kim, Y.-M. "Fluorescent, Semi-Conductive Polymers and Devices Comprising Them" US Patent 7,700,366 (12/06/04)
24. Rose, A.; Swager, T. M.; Zhu, Z.; Bulovic, B.; Madigan, C. F. "Organic Materials Able to Detect Analytes" US Patent 7,759,127 (12/06/04)
25. Swager, T. M.; Seeberger, P. H.; Zheng, J.; Disney M. D. "Polymers for Analyte Detection" US Patent 8,617,819 (9/17/04)
26. Swager, T. M.; Bouffard, J. "High Internal Free Volume Compositions for Low-k Dielectric and Other Applications" US Patent 7,671,166 (1/20/06)
27. Swager, T. M.; Thomas, S. W. "Detection of Explosives, Toxins, and Other Compositions" US Patent Application 60/835,828 (08/04/06)
28. Swager, T. M.; Amara, J. P. "Polymer Synthetic Technique" US Patent 8,283,423 (09/29/06)
29. Swager, T. M.; Liao, J. H. "Emissive Compositions with Internal Standard and Related Techniques" US Patent No. 8,802,447 (10/05/06)
30. Swager, T. M.; Andrew, T. L.; Thomas, S. W., Bouffard, J. "Determination of Explosives Including RDX" US Patent 7,666,684 (10/16/06)
31. Swager, T. M.; Hoogboom, J. "Compositions Including Polymers Aligned via Interchain Interactions" US Patent 9,376,623 (11/01/06)

32. Swager, T. M. "Devices and Methods Involving Polymers Aligned via Interchain Interactions" US Patent Application 11/641,127 (12/18/06)

33. Swager, T. M.; Thomas, S. W.; Venkatesan, K. "Sensor of Species Including Explosives and Chemical Warfare Agents" US Patent 9/429.522 (10/27/06)

34. Tsui, N. T.; Thomas, E. L.; Swager, T. M. "Protective Polymeric Materials And Related Devices" US Patent 8,273,848(03/08/07)

35. Swager, T. M.; Zhang, W. "Functionalization of Nanoscale Articles including Nanotubes and Fullerenes" US Patent 8,212,132 (03/07/07)

36. Deans, R.; Rose, A.; Bardon, K. M.; Hancock, H. F.; Swager, T. M. "Detection of Explosives and Other Species" US Patent 7,799,573 (4/5/07)

37. Griffin, R. R.; Hu, K.-N.; Swager, T. M.; Song, C.; Dane, E. "Biradical Polarization Agents for Dynamic Nuclear Polarization" US Patent 7,985,594 (5/10/2007).

38. Swager, T. M.; Thomas, S. W. "Luminescent Detection of Hydrazine and Hydrazine Derivatives" US Patent 8,158,437 (8/2/2007)

39. Swager, T. M.; Wang, F. "Devices and Methods for the Determination of Species Including Chemical Warfare Agents" (3/4/2009) U.S. Pat. 8,951,473

40. Swager, T. M.; Wang, F. "Stable CNT Dispersions and Their Use to Produce Sensors with High Sensitivity and Selectivity" (3/4/2009) U.S. Pat. 9,267,908

41. Swager, T. M.; Schnorr, J. M. "High Charge Density Structures, Including Carbon-Based Nanostructures and Applications Thereof" (12/11/2009) U.S. Pat. 8,735,313

42. Swager, T. M.; Schnorr, J. M. "High Charge Density Structures, Including Carbon-Based Nanostructures and Applications Thereof" (12/11/2009) U.S. Pat. 9,114,377

43. Swager, T. M.; Lobez, J. M. "Method and Apparatus for Determining Radiation" U.S. Patent 8,187,887 (10/6/2009)

44. Swager, T. M.; Gu, H. "Field Emission Devices Including Nanotubes or Other Nanoscale Articles" (5/29/2009) US Patent 8,456,073

45. Swager, T. M.; Lobez, J. M.; Wang, F.; Andrew, T. l. "Compositions, Methods, and Systems Comprising Poly(thiophenes)" (9/29/2011) U.S. Pat. 8,847,068

46. Swager, T.M.; Lim, J.; Takeda, Y. "Compositions, Methods, and Systems Comprising Fluorous-Soluble Polymers" US Patent 9,156,938

47. Swager, T. M.; Weizmann, Y.; Chenoweth, D. M. "Nanostructured Analyte Detector" (11/04/2009) U.S. Pat. Apl. Serial No.: 61/258,150

48. Swager, T. M., Izuhara, D. "Charged Polymers and Their Uses in Electronic Devices" (11/18/2010) U.S. Provisional Application No. 61/415,271

49. Swager, T. M., Izuhara, D. "Charged Polymers and Their Uses in Electronic Devices" U.S. Patent 8,318,894 (2/23/2011)

50. Swager, T. M.; Collins, W. R.; Lewandowski, W.; Schmois, E.; Walish, J. J.; Sydlik, S. A. "Compositions Comprising and Methods for Forming Functionalized Carbon-Based Nanostructures" (11/03/2011) U.S. Patent Application No.: 13/288,734

51. Swager, T. M.; Andrew, T. L. "Detection of Analytes Including Nitro-Containing Analytes" US Patent 8/999,722 (3/30/2012)

52. Swager, T. M.; Goods, J. B.; Collins, W. R.; Lewandowski, W.; Schmois, E.; Walish, J. J.; Sydlik, S. A. "Compositions Comprising and Methods for Forming Functionalized Carbon-Based Nanostructures" (11/03/2011) U.S. Patent 8,476,510

53. Buchwald, S. L.; Swager, T. M.; Watson, D. A.; Su, M.; Tererovskiy, G. "Organic Conductive Materials and Devices" (10/30/2013) U.S. Patent No.: 9,595,682

54. Swager, T. M.; Griffin, R. R.; Haze, O.; Corzilius, B.; Smith, A. A.: "Radical Polarizing Agents for Dynamic Nuclear Polarization" (03/15/2012) U.S. Patent 8,715,621 (5/6/2014)

26

55. Swager, T. M.; Esser, B.; Schnorr, J. M. "Ethylene Sensor" (03/15/2013) U.S. Patent Application No.: 61/614,834

56. Swager, T. M.; Mirica, K.; Azzarelli, J. M.; Schnorr, J. M.; Esser, B.; Weis, J. G. "Methods for Deposition of Materials Including Mechanical Abrasion" (04/13/2013) U.S. Patent 9,459,222

57. Swager, T. M.; Cox, J. R. "Photoalignment of Materials including Liquid Crystals" (06/04/2012) U.S. Patent No.: 9,441,163

58. Swager, T. M.; Zhong, Y. L. "Methods Involving Graphene and Functionalized Graphene" (10/17/2012) US. Provisional Application No.: 61/715,055

59. Swager, T. M.; Bulovic, V.; Han, G. D., Andrew, T. L. "Functionalized Nanostructures and Related Devices" (10/17/2012) U.S. Provisional Application No.: 61/715,026

60. Swager, T. M.; Azzarelli, J. M.; White, K. R. "Selective Detection of Alkenes or Alkynes" (4/6/2013) U. S Provisional Application No.: 61/809,362

61. Swager, T. M.; Im, J. "Filter Materials Including Functionalized Cellulose" (9/6/2013) U. S Provisional Application No.: 61/874,615

62. Swager, T. M.; Im, J.: Petty, A., Schmadicke, C.; Schnorr, J. M. "Devices and Methods Including a Preconcentrator Material for the Detection of Analytes" (9/6/2013) U. S Patent No.: 14,916,839

63. Swager, T. M.; Azzarelli, J. M.; Ravnsbaek, J. B.; Mirica, K. "Chemical and Physical Sensing with a Reader and RFID Tags" (10/30/2013) U. S Patent 9,563,833

64. Swager, T. M.; Liu, S. F.; Petty A.; Sazama, G. T.; Schnorr, J. M. "Gas Sensors Based Upon Metal Macrocycle-Carbon Composites" (3/3/2014) U. S Provisional Application No.: 14/635,995

65. Swager, T. M., Frazier, K. M., Mirica, K. A.; Walish, J. J. "Methods and Devices For Deposition Of Materials On Patterned Substrates" (8/20/2014) U. S. Provisional Application No.: 62/039787

66. Swager, T. M.; Zarzar, L. D.; Sresht, V.; Sletten, E. M.; Kalow, J. A.; Blankschtein D. "Compositions and Methods for Arranging Colloid Phases" (10/31/2014) U. S. Patent Application No.: 62/073,915

67. Swager, T. M.; Zarzar, L. D.; Sresht, V.; Sletten, E. M.; Kalow, J. A.; Blankschtein D "Compositions and Methods for Forming Emulsions" (10/31/2014) U. S. Patent Application No.: 62/073,896

68. Swager, T. M.; Gutierrez, G. D. "Compositions, Articles, and Methods for Down-Converting Light and Other Applications" (11/26/2014) U. S. Provisional Application No.: 62/084,918

69. Swager, T. M.; Liu, S. F.; Sazama, G. T. "Detection of Amines" (4/2/2015) U. S. Provisional Application No.: 62/142,435

70. Schnorr, J. M.; Zentner, C. A.; Petty, A. R.; Swager, T. M. Formulations for Enhanced Chemiresistive Sensing (07/15/2014) US Patent Application No.: 62/024,924

71. Swager, T. M.; Zuniga, C. A.; Goods, J. B.; Cox, J. R. "Compositions of and Methods for Making Stable Carbonaceous Nanomaterials" (6/1/2015) U. S. Provisional Application No.: 62/169,398

72. Swager, T. M.; Yoon, B.; Liu, S. F.; Söylemez, S. "A Polymer/Single-Walled Carbon Nanotube Composite for Gas Detection" U. S. Provisional Application No.: 62/3331,944.

73. Swager, T. M.; Ishihara, S.; Azzarelli, J. M.; Zhu, R. "Dynamic Resonant Circuits for Wireless Chemical and Physical Sensing with a Reader and RFID" (3/8/2016) U. S. Patent Application No.: 62/305,360

27

74. Swager, T. M.; Zhao, Y.; Rocha, S. V. "Mechanochemical Synthesis of Iptycenes" (8/26/2016) U. S. Provisional Application No.: 15/249,061
75. Swager, T. M., Azzarelli, J. M., Zhu, R. "Ionic Liquid Carbon Nanotube Composites for Wireless Chemical Sensing" (6/16/2016) U. S. Patent Application No.: 62/351,881
76. Swager, T. M.; Zhang Q., Savagatrup, S.; "Systems Including Janus Droplets" (9/19/2016) U. S. Patent Application No.: 15/269,543
77. Swager, T. M.; Zarzar, L. D.; Nagelberg, S.; Kolle, M. "Tunable Microlenses and Related Methods" (2/3/2017) U. S. Patent Application No.: 62/454,663
78. Swager, T. M.; Zhu, R.; Desroches, M.; Yoon, B. "Wireless Oxygen Dosimeter" U. S. Patent Application No.: 62/480,292
79. Sletten, E. M.; Swager, T. M.; Caram, J. "Near and Shortwave Infrared Polymethine Dyes" U. S. Patent Application No.: 62/481,061

**INVITED LECTURES:**
Since 1990 Swager has given over 250 university/industrial lectures and more than 200 invited, plenary, or keynote lectures at professional meetings.

Selected Named University Lectureships
Class of 1960 Lecture, Williams College 1998
Mona Zacharia Lecture, University of Rhode Island 1999
Merck Frosst Lecture, University of Ottawa, 2000
Hall Lecture Series, Bowling Green State University 2002
Boerhinger-Ingelheim Lecturer, Colorado State University 2003
Five College Lecturer, U. Mass. Amherst, Smith, Hampshire, Amherst, Mt. Holyoke, 2004.
Jerome Berson Lecture, Yale University 2004
Merck Frosst Lecture, University of Alberta, 2007
Rohm and Haas Lecturer, Pennsylvania State University, 2007
Guthikonda Lecture, Columbia University 2007
Dawson Lecture, University of Kentucky 2007
Hirshmann Lectures, University of Wisconsin 2008
John Wiley Jones Distinguished Lecturer, Rochester Institute of Technology 2008
Nakamoto Lecture, Marquette University 2008
Barré Lecturer, University of Montreal 2009
Powell Lecturer, University of Richmond 2009
Troisième Cycle Lecturer, Switzerland 2009
Distinguished University Lecturer, University of York (UK) 2009
Bayer Lecturer, Cornell University 2010
MacLean Lectureship, McMaster University 2010
Lundbeck Lecturer, Université de Sherbrooke 2010
Ingold Lecture, Steacie Institute for Molecular Sciences, Ottawa 2010
Konarka-Tripathy Lecture, University of Massachusetts, Lowell 2010
Frontiers in Chemistry Lecturer, Case Western Reserve University 2011
Arnold Lecture, University of Southern Illinois, Carbondale 2011
Haines Lecture, University of South Dakota 2011
John D. Roberts Lecture, California Institute of Technology 2011
Raucher Memorial Lecture, Rensselaer Polytechnic Institute, 2011
Herron Lecture, Florida State University, 2012
J. T. Donald Lectures, McGill University 2012

Joullie Lecture, University of Pennsylvania, 2012
Harold A. Iddles Lectures, University of New Hampshire, 2012
George Wheland Lecture, University of Chicago, 2013
Sackler Lecturer, Tel-Aviv University, 2013
William Dauben Lecture, University of California, Berkeley, 2013
Roseman Lecture, Johns Hopkins University 2013
Aldrich Lecture, Georgia Institute of Technology 2013
Lind Lecture, University of Tennessee and Oakridge National Laboratory, 2015
Jones Lecture, Queens's University, 2015
Ritter Memorial Lecture, Miami University 2015
Dow/Karabatsos Lecturer, Michigan State University 2016
Jean Dreyfus Boissevain Lectureship, Harvey Mudd College, 2016
Lord Lewis Lectureship, University of Cambridge, UK, 2016
Lemieux Lecturer, University of Ottawa, Canada, 2016
Chute Lecturer, Dalhousie University, Halifax Canada 2016
Aggarwal Lecturer in Polymer Chemistry, Cornell University, 2017
YeeFong Lecturer, National Taiwan University, Taipei Taiwan, 2017
Global Lecturer, Zhejiang University, Hangzhou China, 2017

29