# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and BECTON, DICKINSON and COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AFFYMETRIX, INC.; and LIFE TECHNOLOGIES CORP.,<br><br>Defendants. | Case No.: 17-cv-01394-H-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 8**<br><br>[Doc. No. 352.] |

On February 15, 2019, the parties filed a one-page joint motion for determination of discovery dispute No. 8. (Doc. No. 352.) In the joint motion, Plaintiffs argue that certain statements contained in Defendants' expert report resulted in a subject matter waiver. (Id.)

On February 20, 2019, the Court held a telephonic hearing on the matter. Donald Ware, Barbara Fiacco, and Jesse Hindman appeared for Plaintiffs. Doug Lumish appeared for Defendants. For the reasons discussed at the hearing, the Court declines to find a subject matter waiver absent further order of the Court.

**IT IS SO ORDERED.**

DATED: February 20, 2019

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT