UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and BECTON, DICKINSON and COMPANY; SIRIGEN, INC.; and SIRIGEN II LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AFFYMETRIX, INC.; and LIFE TECHNOLOGIES CORP.,<br><br>Defendants. | Case No.: 17-cv-01394-CAB-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 424.] |

On April 5, 2019, the parties filed a joint motion to dismiss the entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). {Doc. No. 424.] In the joint motion, the parties specifically move the Court for dismissal of the entire action as follows:

1. Plaintiffs' claims are dismissed without prejudice in their entirety.

2. Defendants' counterclaims are dismissed without prejudice in their entirety.

3. Each of the parties shall bear its own costs, expenses, and attorneys' fees.

4. Each of the parties expressly waives any right to appeal the dismissal of this action.

(*Id.*)

The Court, for good cause shown, grants the joint motion and dismisses Plaintiffs' claims and Defendants' counterclaims without prejudice, with each party to bear its own costs, expenses, and attorneys' fees. The Clerk is directed to close the case.

It is **SO ORDERED.**

Dated: April 9, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge